IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | | | |
|---|---|---|---|
| IN RE: | LISA D. SKREKLA, | : | 16-10701 |
| | Debtor | : | |
| | ------------------------------- | : | CHAPTER 13 |
| | LISA D. SKREKLA, | : | |
| | Movant | : | |
| | vs. | : | |
| | | : | |
| | LOANDEPOT.COM, LLC, | : | |
| | Respondent | : | |

## CERTIFICATE OF ORDER SCHEDULING STATUS CONFERENCE

I, STEPHEN H. HUTZELMAN, ESQUIRE, certify under penalty of perjury, that I served the above captioned pleading on the parties at the addresses specified either below or on the attached list, on September 15, 2016,

The method of service made on the parties: AS STATED ON THE ATTACHED SHEET(S)

If more than one method of service was employed, this certificate of service groups the parties by the type of service.  For example, the names and addresses of parties served by electronic notification will be listed under the heading "Service by Electronic Notification," and those served by mail will be listed under the heading "Service by First Class Mail".

Executed on: September 15, 2016

        Respectfully submitted,

        SHAPIRA, HUTZELMAN & SMITH

        By: /s/  Stephen H. Hutzelman, Esq.
            305 West Sixth Street
            Erie, PA 16507
            Phone: (814) 452-6800
            Fax: (814) 456-2227
            E-mail: shutzelman@shapiralaw.com
            PA ID 06541

ELECTRONIC NOTIFICATION VIA CM /ECF AND NOT OTHERWISE SERVED PURSUANT TO THE REQUEST OF THE TRUSTEE:

Ronda J. Winnecour, Esquire
Chapter 13 Standing Trustee, WD of PA
Suite 3250, USX Tower
600 Grant Street
Pittsburgh, PA 15219
cmecf@chapter13trusteewdpa.com


SERVICE BY ELECTRONIC NOTIFICATION:

Ronda J. Winnecour, Esquire
Chapter 13 Standing Trustee, WD of PA
Suite 3250, USX Tower
600 Grant Street
Pittsburgh, PA 15219
lmp@chapter13trusteewdpa.com

Joshua I. Goldman, Esquire
KML Law Group, PC
BNY Mellon Independence Center
701 Market Street, Suite 5000
Philadelphia, PA 19108-1532
jgoldman@kmllawgroup.com


SERVICE VIA REGULAR MAIL, POSTAGE PRE-PAID:

LOANDEPOT.COM, LLC
Attn: Legal Counsel
425 Phillips Blvd.
Ewing, NJ 08618