FILED
10/13/16 1:04 pm
CLERK
U.S. BANKRUPTCY
COURT - WDPA

# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| In re: | : | Case No.: 16-10701-TPA |
| | : | Chapter: 13 |
| Lisa D. Skrekla | : | |
| | : | |
| | : | Date: 10/11/2016 |
| Debtor(s). | : | Time: 11:00 |

## PROCEEDING MEMO

*MATTER:*   #20 Status Conference on LMP (LoanDepot.com, Inc.)

*APPEARANCES:*
  Debtor:            Stephen H. Hutzelman
  Trustee:           Ronda J. Winnecour
  LoanDepot.com:   Michael JanJanin

*NOTES:*

JanJanin:   Background of matters given. Loan modification was denied based on prior bankruptcy request.

J.   LoanDepot.com is in violation of the Local Rule since they did not appear with full knowledge of the file.

*OUTCOME:*  Chambers to issue Order. LMP is extended 45 days. (11:32)

ljm