FILED
11/7/16 2:03 pm
CLERK
U.S. BANKRUPTCY
COURT - WDPA

UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

IN RE:

LISA D. SKREKLA : Case No. 16-10701TPA
    *Debtor* : Chapter 13

LISA D. SKREKLA :
    *Movant* :
v. : Related to Document No. 20, 36
:
LOANDEPOT.COM, LLC :
    *Respondent* : Hearing: December 1, 2016 at 11:30 P.M.

## ORDER

On October 17, 2016, an *Order to Show Cause* was entered in the above matter at Doc #36 requiring Atty. Joshua Goldman and a "knowledgeable person with authority" from Respondent to appear. The hearing on the *Order to Show Cause* was set for Tuesday, November 8, 2016 at 11:30 A.M. On Thursday, November 3, 2016, a **Continuance Motion** was filed at Doc. # 38. Although the Court is disappointed in the somewhat cavalier approach taken in waiting until the last minute to file the continuance request, the Court will grant the request.

*AND NOW,* this *7th* day of ***November, 2016***, for the foregoing reasons, it is hereby **ORDERED, *ADJUDGED and DECREED*** that:

(1) The ***Continuance Motion*** filed at Doc. #38 is ***GRANTED*** as follows and the November 8, 2016 hearing on the *Order to Show Cause* is cancelled.

1

(2)     *Atty. Joshua I. Goldman*, or the Attorney in his firm assigned to this matter upon his departure from the firm, and the **"Loss Mitigation" representative of *LoanDepot.com.LLC*,** with full knowledge of and complete authority to bind LoanDepot.com, LLC on the matters set forth in or related to the *Loss Mitigation Order* (or other appropriate person with similar knowledge and binding authority), shall ***personally*** appear at a hearing scheduled on **December 1, 2016 at 11:30 A.M.** in the Erie Bankruptcy Courtroom, U.S. Courthouse, 17 South Park Row, Erie, PA 16501, and show cause as to why sanctions should not be imposed on the Respondent and its Counsel pursuant to this Court's inherent authority arising from *11 U.S.C. §105(a)* and *W.PA.LBR 9020-3(e)*. The sanctions that may be imposed include:

(a)     attorney fees for time spent by Counsel for the Debtor(s) in bringing this matter to the attention of the Court;

(b)     escrowing all mortgage and escrow payments accruing on a going forward basis until the Respondent complies with the *General Order*; and,

(c)     other possible sanctions, monetary or otherwise, for the Respondent's failure to timely comply with this Court's *Loss Mitigation Order* and/or its *Local Rules*.

(3)     The *Loss Mitigation Program* is **extended through December 1, 2016,** as to the Debtor's application.

(4)     **On or before November 11, 2016,** Atty. Joshua Goldman shall advise the Court of the name, address, phone number and email address of counsel assigned to the case as identified in Paragraph 1, above, otherwise Atty. Goldman shall personally appear.

2

(5) The Debtor shall immediately upload this *Order* on the LMP Portal.

_____
Thomas P. Agresti, Judge
United States Bankruptcy Court

Case Administrator to serve:
    Debtor
    Stephen H. Hutzelman, Esq.
    Michael JanJanin, Esq.

    Joshua I. Goldman, Esq.
    KML Law Group, P.C.
    701 Market Street, Ste. 5000
    Philadelphia, PA 19106

    LoanDepot.com
    Attn: Legal Counsel
    425 Phillips Blvd.
    Ewing, NJ 08618

```
                        United States Bankruptcy Court
                        Western District of Pennsylvania
```

In re:                                                              Case No. 16-10701-TPA
Lisa D. Skrekla                                                     Chapter 13
      Debtor

## CERTIFICATE OF NOTICE

District/off: 0315-1        User: jbre              Page 1 of 1          Date Rcvd: Nov 07, 2016
                            Form ID: pdf900         Total Noticed: 3

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Nov 09, 2016.
```
db          +Lisa D. Skrekla,    3908 Zimmerman Road,    Erie, PA 16510-3661
            +Attn: Legal Counsel,    LoanDepot.com,    425 Phillips Blvd.,    Ewing, NJ 08618-1430
14262601    +LOANDEPOT.COM, LLC,    425 Phillips Blvd.,    Ewing, NJ 08618-1430
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                              TOTAL: 0

```
             ***** BYPASSED RECIPIENTS *****
```
NONE.                                                                                              TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Nov 09, 2016                                    Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on November 7, 2016 at the address(es) listed below:
```
          Joshua I. Goldman    on behalf of Creditor    LOANDEPOT.COM, LLC bkgroup@kmllawgroup.com
          Office of the United States Trustee    ustpregion03.pi.ecf@usdoj.gov
          Ronda J. Winnecour    cmecf@chapter13trusteewdpa.com
          Stephen H. Hutzelman    on behalf of Plaintiff Lisa D. Skrekla shutzelman@shapiralaw.com,
           shutzelman@ecf.inforuptcy.com;ann@shapiralaw.com
          Stephen H. Hutzelman    on behalf of Debtor Lisa D. Skrekla shutzelman@shapiralaw.com,
           shutzelman@ecf.inforuptcy.com;ann@shapiralaw.com
                                                                                             TOTAL: 5
```