**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE WESTERN DISTRICT OF PENNSYLVANIA**
\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

| | | |
|---|---|---|
| In re: | : | CHAPTER 13 |
| LISA D. SKREKLA a/k/a | : | |
| LISA S. KURUTZ | : | |
| Debtor | : | NO. 16-10701-TPA |

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

## **ENTRY OF APPEARANCE AND REQUEST FOR NOTICES**

TO THE CLERK:

Kindly enter my appearance for LOANDEPOT.COM, LLC, and index same on the master mailing list.

This Notice also serves as compliance with the Court Order dated November 7, 2016, whereby the undersigned agrees to be bound by the Order to Show Cause Order and appear in Erie on December 1, 2016, in place of Attorney Joshua Goldman.

The servicer for the Loan granted to LoanDepot.com, LLC., is Cenlar FSB.

Additionally, set forth below is all the relevant contact information as required pursuant to the November 7, 2016, Court Order.

Lauren Berschler Karl, Esquire
Spectra II Building
2519 Wexford-Bayne Road, Suite 201
Sewickley, PA 15143
Phone: 412-837-1164
Fax: 412-837-2648
lkarl@kmllawgroup.com

Respectfully submitted,

/s/ Lauren Berschler Karl, Esquire
Lauren Berschler Karl, Esquire
lkarl@kmllawgroup.com
Attorney I.D. No. 88209
KML Law Group, P.C.
2519 Wexford-Bayne Road, Suite 201
Sewickley, PA 15143
Phone: 412-837-1164
Fax: 412-837-2648