IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

FILED
11/7/16 3:50 pm
CLERK
U.S. BANKRUPTCY
COURT - WDPA

| | | |
|---|---|---|
| IN RE: | LISA D. SKREKLA, : | 16-10701 |
| | Debtor : | |
| | ------------------------------- : | CHAPTER 13 |
| | LISA D. SKREKLA, : | |
| | Movant : | RELATED TO DOCUMENT 20 |
| | vs. : | |
| | : | HEARING DATE: |
| | LOANDEPOT.COM, LLC, : | |
| | Respondent : | HEARING TIME: |

**ORDER SUBSTITUTING LMP SERVICER**

On AUGUST 9, 2016, the above named Debtor filed a *Motion for Loss Mitigation* upon which the Court entered a *Loss Mitigation Order* dated AUGUST 24, 2016, at Document No. 20, naming **LOANDEPOT.COM, LLC**, ("Former Servicer") as the Party responsible for representing the creditor in the LMP and setting forth certain deadlines for the then named Respondent.

Subsequent to entry of the above-referenced Order, the Debtor was notified that the Former Servicer changed and that the current Servicer/Lender is **CENLAR FSB** with an address of **425 PHILLIPS BLVD. EWING, NEW JERSEY, 08618**, ("Current Servicer"). On **OCTOBER 19, 2016**, the Debtor complied with all its obligations to properly designate the Current Servicer on the LMP Portal and now it is incumbent on the Court to relieve the Former Servicer from any further responsibilities under the current *Loss Mitigation Order* and formally transfer those duties, responsibilities and obligations to the Current Servicer.

*AND NOW,* this ___7th___ of **NOVEMBER, 2016**, for the foregoing reasons it is hereby *ORDERED*, *ADJUDGED and DECREED* that:

**LOANDEPOT.COM, LLC**, is relieved from any further responsibility pursuant to the *Loss Mitigation Order* referred to above and that *Order* is **VACATED** as to it.

**CENLAR FSB** is now designated as the Current Servicer responsible for completion of all LMP duties, responsibilities and obligations previously imposed on the Former Servicer referred to in

Paragraph 1, above. The Current Servicer is now fully responsible for compliance with all LMP requirements as if originally designated in the *Loss Mitigation Order* in the first instance.

Within three (3) days of entry of this *Order*, the party filing this proposed order shall upload this signed *Order* on the LMP Portal and serve this *Order* electronically on the Chapter 13 Trustee at the following email address: **LMP@chapter13trusteewdpa.com.** The Debtor shall not be entitled to rely on CM/ECF or United States Mail for service of this *Order* on the Chapter 13 Trustee. The Debtor(s) Certificate of Service shall reflect service upon the above identified email address.

The Chapter 13 Trustee is authorized and directed to make payments to the CENLAR FSB, beginning with the next distribution date that is not less than ten (10) days from service of this *Order* upon the Chapter 13 Trustee.

_____
UNITED STATES BANKRUPTCY JUDGE

Case administrator to serve:
Debtor
Stephen H. Hutzelman, Esquire, Attorney for Debtor
Ronda J. Winnecour, Esq. Ch 13 Trustee
Joshua I. Goldman, Esquire, Attorney for Lender

United States Bankruptcy Court
Western District of Pennsylvania

In re:
Lisa D. Skrekla
     Debtor

Case No. 16-10701-TPA
Chapter 13

# CERTIFICATE OF NOTICE

District/off: 0315-1     User: bsil     Page 1 of 1     Date Rcvd: Nov 08, 2016
                          Form ID: pdf900     Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Nov 10, 2016.
db          +Lisa D. Skrekla,   3908 Zimmerman Road,   Erie, PA 16510-3661

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                                TOTAL: 0

       ***** BYPASSED RECIPIENTS *****
NONE.                                                                                                 TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.


**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Nov 10, 2016                                Signature:  /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on November 8, 2016 at the address(es) listed below:
        Joshua I. Goldman    on behalf of Creditor    LOANDEPOT.COM, LLC bkgroup@kmllawgroup.com
        Office of the United States Trustee    ustpregion03.pi.ecf@usdoj.gov
        Ronda J. Winnecour    cmecf@chapter13trusteewdpa.com
        Stephen H. Hutzelman    on behalf of Plaintiff Lisa D. Skrekla shutzelman@shapiralaw.com, shutzelman@ecf.inforuptcy.com;ann@shapiralaw.com
        Stephen H. Hutzelman    on behalf of Debtor Lisa D. Skrekla shutzelman@shapiralaw.com, shutzelman@ecf.inforuptcy.com;ann@shapiralaw.com
                                                                                                                                 TOTAL: 5