FILED
11/14/16 3:07 pm
CLERK
U.S. BANKRUPTCY
COURT - WDPA

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

IN RE:

| | | |
|---|---|---|
| LISA D. SKREKLA | : | Case No. 16-10701-TPA |
| *Debtor* | : | Chapter 13 |
| LISA D. SKREKLA | : | Related to Doc Nos. 19, 20 & 45 |
| *Movant* | : | |
| v. | : | |
| LOANDEPOT.COM, INC. | : | Hearing: December 1, 2016 at 11:30 A.M. |
| *Respondent(s)* | : | |

**ORDER**

On November 10, 2016, the Debtor filed a ***LMP Status Report*** at Document No. 45 ("Motion"), indicating that the since the creditor just recently registered with the DMM Portal, there is a need for an extension of the Loss Mitigation deadline. Therefore,

***AND NOW***, this **14th** day of ***November, 2016,*** it is hereby **ORDERED, ADJUDGED and DECREED** that***:***

(1)    A ***Status Conference*** on compliance with the pending *Loss Mitigation Order*, dated August 24, 2016, is scheduled on ***December 1, 2016 at 11:30 A.M.*** in the Bankruptcy Courtroom, U.S. Courthouse, 17 South Park Row, Erie, PA.

(2)    Counsel for the Debtors and Respondent/Counsel shall personally appear. Counsel for the Respondent/Creditor, or in addition to Counsel anyone else appearing on Respondent's behalf, shall have full and complete knowledge of the file and status of the case so that Counsel is capable of answering any/all of the Court's questions regarding the status of the pending LMP application.

(3)    The Movant shall immediately serve a copy of this *Order* on the Respondent and Counsel for the Respondent, and file a certificate of service within three (3) days.

_____
Thomas P. Agresti, Judge    ljm
United States Bankruptcy Court

Case administrator to serve:
    Debtor(s)
    Counsel for Debtor(s)
    Ronda Winnecour, Esq., Ch. 13 Trustee

```
                          United States Bankruptcy Court
                          Western District of Pennsylvania
```

In re:                                                              Case No. 16-10701-TPA
Lisa D. Skrekla                                                     Chapter 13
         Debtor

## CERTIFICATE OF NOTICE

District/off: 0315-1        User: culy               Page 1 of 1              Date Rcvd: Nov 14, 2016
                            Form ID: pdf900          Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Nov 16, 2016.
db             +Lisa D. Skrekla,    3908 Zimmerman Road,    Erie, PA 16510-3661

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                                  TOTAL: 0

               ***** BYPASSED RECIPIENTS *****
NONE.                                                                                                  TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.


**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Nov 16, 2016                              Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on November 14, 2016 at the address(es) listed below:
              Joshua I. Goldman    on behalf of Creditor    LOANDEPOT.COM, LLC bkgroup@kmllawgroup.com
              Lauren Berschler Karl    on behalf of Creditor    LOANDEPOT.COM, LLC lkarl@kmllawgroup.com,
               ddott@kmllawgroup.com
              Office of the United States Trustee    ustpregion03.pi.ecf@usdoj.gov
              Ronda J. Winnecour    cmecf@chapter13trusteewdpa.com
              Stephen H. Hutzelman    on behalf of Plaintiff Lisa D. Skrekla shutzelman@shapiralaw.com,
               shutzelman@ecf.inforuptcy.com;ann@shapiralaw.com
              Stephen H. Hutzelman    on behalf of Debtor Lisa D. Skrekla shutzelman@shapiralaw.com,
               shutzelman@ecf.inforuptcy.com;ann@shapiralaw.com
                                                                                              TOTAL: 6