FILED
11/22/16 2:10 pm
CLERK
U.S. BANKRUPTCY
COURT - WDPA

# IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: Lisa D. Skrekla aka Lisa D. Kurutz<br>　　　　　Debtor | |
| | CHAPTER 13 |
| LOANDEPOT.COM, LLC<br>　　　　　Movant<br>vs. | |
| Lisa D. Skrekla aka Lisa D. Kurutz<br>　　　　　Debtor | NO. 16-10701 TPA |
| | Rel to 51 & 52 |
| Ronda J. Winnecour, Esq.<br>　　　　　Trustee | 11 U.S.C. Section 362 |

## PRAECIPE TO WITHDRAW

**TO THE CLERK OF THE BANKRUPTCY COURT:**

Kindly withdraw the Objection to Confirmation of LOANDEPOT.COM, LLC, which was filed with the Court on or about **November 21, 2016, docket entry 51**.

　　　　　　　　　　　　　　　　　　　　　Respectfully submitted,

SO ORDERED
November 22, 2016

**/s/ John F. Goryl, Esquire**
John F. Goryl, Esquire
Attorney for Movant/Applicant
KML Law Group, P.C.
Main Number: (215) 627-1322

November 21, 2016

*[signature]*
ljm

United States Bankruptcy Court
Western District of Pennsylvania

In re:                                                                  Case No. 16-10701-TPA
Lisa D. Skrekla                                                         Chapter 13
        Debtor

## CERTIFICATE OF NOTICE

District/off: 0315-1           User: bsil                    Page 1 of 1              Date Rcvd: Nov 22, 2016
                               Form ID: pdf900               Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Nov 24, 2016.
db             +Lisa D. Skrekla,    3908 Zimmerman Road,    Erie, PA 16510-3661

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                                TOTAL: 0

             ***** BYPASSED RECIPIENTS *****
NONE.                                                                                                TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Nov 24, 2016                                      Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on November 22, 2016 at the address(es) listed below:
              John F. Goryl    on behalf of Creditor    LOANDEPOT.COM, LLC bkgroup@kmllawgroup.com
              Joshua I. Goldman    on behalf of Creditor    LOANDEPOT.COM, LLC bkgroup@kmllawgroup.com
              Lauren Berschler Karl    on behalf of Creditor    LOANDEPOT.COM, LLC lkarl@kmllawgroup.com,
               ddott@kmllawgroup.com
              Office of the United States Trustee    ustpregion03.pi.ecf@usdoj.gov
              Ronda J. Winnecour    cmecf@chapter13trusteewdpa.com
              Stephen H. Hutzelman    on behalf of Plaintiff Lisa D. Skrekla shutzelman@shapiralaw.com,
               shutzelman@ecf.inforuptcy.com;ann@shapiralaw.com
              Stephen H. Hutzelman    on behalf of Debtor Lisa D. Skrekla shutzelman@shapiralaw.com,
               shutzelman@ecf.inforuptcy.com;ann@shapiralaw.com
                                                                                             TOTAL: 7