FILED
12/2/16 4:18 pm
CLERK
U.S. BANKRUPTCY
COURT - WDPA

## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | | | |
|---|---|---|---|
| In re: | : | Case No.: | 16-10701-TPA |
| | : | Chapter: | 13 |
| Lisa D. Skrekla | : | | |
| | : | | |
| | : | Date: | 12/1/2016 |
| *Debtor(s).* | : | Time: | 11:30 |

### PROCEEDING MEMO

*MATTER:*    #36, OTSC against LoanDepot.com LLC
(Joshua I. Goldman and LMP representative shall personally appear)

*APPEARANCES*:
Debtor:                           Stephen H. Hutzelman
Trustee:                          Ronda J. Winnecour (No Appearance)
LoanDepot.com
Cenlar FSB (Servicer):    Laura Karl
                                       Raymond Crawford

*NOTES:*

Karl:    We believed that LoanDepot was excused given the change of servicer. Apologize if LoanDepot representative is not present today. Don't believe that LoanDepot is registered on the LMP Portal. Communication between offices was that the servicer was to be running the LMP so it was an internal miscommunication.

Crawford:    We received an updated full package. We reviewed and the Debtor was approved for an Interim Modification to begin in January 2017.

Hutzelman:    Not sure if the trial modification is on the Portal but will file it as soon as possible.

*OUTCOME:*    #36, OTSC vacated. LMP extended to January 30, 2016.

ljm