IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | | | |
|---|---|---|---|
| IN RE: | LISA D. SKREKLA, | : | 16-10701 |
| | Debtor | : | |
| | ------------------------------ | : | CHAPTER 13 |
| | LISA D. SKREKLA, | : | |
| | Movant | : | |
| | vs. | : | |
| | | : | |
| | CENLAR, FSB, | : | |
| | Respondent | : | |

**CERTIFICATE OF SERVICE OF
INTERIM TRIAL MORTGAGE MODIFICATION ORDER**

I, STEPHEN H. HUTZELMAN, ESQUIRE, certify under penalty of perjury, that I served the above captioned pleading on the parties at the addresses specified either below or on the attached list, on December 7, 2016,

The method of service made on the parties: AS STATED ON ATTACHED SHEET.

If more than one method of service was employed, this certificate of service groups the parties by the type of service.  For example, the names and addresses of parties served by electronic notification will be listed under the heading "Service by Electronic Notification," and those served by mail will be listed under the heading "Service by First Class Mail".

Executed on: December 7, 2016

        Respectfully submitted,

        SHAPIRA, HUTZELMAN, SMITH AND WALSH

        By: /s/  Stephen H. Hutzelman, Esq.
            305 West Sixth Street
            Erie, PA 16507
            Phone: (814) 452-6800
            Fax: (814) 456-2227
            E-mail: shutzelman@shapiralaw.com
            PA ID 06541

SERVICE BY ELECTRONIC NOTIFICATION VIA CM/ECF AND NOT OTHERWISE SERVED PURSUANT TO THE REQUEST OF THE TRUSTEE:

Ronda J. Winnecour, Esquire
Chapter 13 Standing Trustee, WD of PA
Suite 3250, USX Tower
600 Grant Street
Pittsburgh, PA 15219
cmecf@chapter13trusteewdpa.com

Office of the US Trustee
Liberty Center
1001 Liberty Avenue, Suite 970
Pittsburgh, PA 16222
ustpregion03.pi.ecf@usdoj.gov


SERVICE BY ELECTRONIC NOTIFICATION:

Ronda J. Winnecour, Esquire
Chapter 13 Standing Trustee, WD of PA
Suite 3250, USX Tower
600 Grant Street
Pittsburgh, PA 15219
LMP@chapter13trusteewdpa.com


Lauren Karl, Esquire
KML Law Group, PC
BNY Mellon Independence Center
701 Market Street, Suite 5000
Philadelphia, PA 19108-1532
lkarl@kmllawgroup.com

Matthew McClelland, Esquire
KML Law Group, PC
BNY Mellon Independence Center
701 Market Street, Suite 5000
Philadelphia, PA 19108-1532
mmcclelland@kmllawgroup.com

Thomas Puleo, Esquire
KML Law Group, PC
BNY Mellon Independence Center
701 Market Street, Suite 5000
Philadelphia, PA 19108-1532
tpuleo@kmllawgroup.com

SERVICE BY FIRST CLASS MAIL, POSTAGE PRE-PAID AND VIA THE DMM PORTAL:

Cenlar, FSB
LoanDepot.com
Loan Workout Department
PO Box 77408
Ewing, NJ 08628-6408