IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| IN RE: | : | CASE NO. 16-10701 |
|    LISA D. SKREKLA, | : | |
|             Debtor | : | CHAPTER 13 |

**CERTIFICATE OF SERVICE OF
ORDER SETTING HEARING and
AMENDED CHAPTER 13 PLAN DATED DECEMBER 6, 2016**

I, STEPHEN H. HUTZELMAN, ESQUIRE, certify under penalty of perjury, that I served the above captioned pleading on the parties at the addresses specified either below or on the attached list, on December 7, 2016,

The method of service made on the parties: first class mail to all parties on the attached sheets.

If more than one method of service was employed, this certificate of service groups the parties by the type of service. For example, the names and addresses of parties served by electronic notification will be listed under the heading "Service by Electronic Notification," and those served by mail will be listed under the heading "Service by First Class Mail".

Executed on: December 7, 2016

                                          Respectfully submitted,

                                          SHAPIRA, HUTZELMAN, SMITH AND WALSH

                                          By: /s/ Stephen H. Hutzelman, Esq.
                                               305 West Sixth Street
                                               Erie, PA 16507
                                               Phone: (814) 452-6800
                                               Fax: (814) 456-2227
                                               E-mail: shutzelman@shapiralaw.com
                                               PA ID 06541

```
Label Matrix for local noticing
0315-1
Case 16-10701-TPA
WESTERN DISTRICT OF PENNSYLVANIA
Erie
Wed Dec  7 13:30:33 EST 2016
```

| | | |
|---|---|---|
| Aes/pheaafrn<br>Po Box 61047<br>Harrisburg, PA 17106-1047 | Allied Interstate LLC<br>PO Box 1954<br>Southgate, MI 48195-0954 | Apogee Physicians of Pennsylvania<br>PO Box 708610<br>Sandy, UT 84070-8610 |
| Capital One NA<br>c/o Becket and Lee LLP<br>PO Box 3001<br>Malvern PA 19355-0701 | Credit Corp. Solutions, Inc.<br>63 East 11400 South 408<br>Sandy, UT 84070-6705 | Department Store National Bank<br>c/o Quantum3 Group LLC<br>PO Box 657<br>Kirkland, WA 98083-0657 |
| Discover Bank<br>Discover Products Inc<br>PO Box 3025<br>New Albany, OH 43054-3025 | Discover Bank<br>c/o Weltman Weinberg & Reis<br>436 7th Avenue<br>Suite 2500<br>Pittsburgh, PA 15219-1842 | Dsnb Macys<br>9111 Duke Blvd<br>Mason, OH 45040-8999 |
| Foundation Radiology Group<br>350 N. Orleans Street<br>Floor 8, Dept. 6235<br>Chicago, IL 60654-1975 | Kohls/capone<br>Po Box 3115<br>Milwaukee, WI 53201-3115 | LOANDEPOT.COM, LLC<br>425 Phillips Blvd.<br>Ewing, NJ 08618-1430 |
| LOANDEPOT.COM, LLC<br>Cenlar FSB<br>425 Phillips BLVD<br>Ewing, NJ 08618-1430 | MERS<br>1901 E. Voorhees Street<br>Suite C<br>Danville, IL 61834-4512 | MIDLAND FUNDING LLC<br>PO Box 2011<br>Warren, MI 48090-2011 |
| Matthew K. Fissel, Esquire<br>KML Law Group, PC<br>BNY Mellon Independence Center<br>701 Market Street, Suite 5000<br>Philadelphia, PA 19106-1541 | Merchant's & Medical Credit Corporation<br>6324 Taylor Drive<br>Flint, MI 48507-4685 | Midland Credit Management, Inc.<br>PO Box 60578<br>Los Angles, CA 90060-0578 |
| Mortgage Electronic Registersation Syste<br>solely as Nominee for Loandepot.com LLC<br>PO Box 2026<br>Flint, Michigan 48501-2026 | Office of the United States Trustee<br>Liberty Center.<br>1001 Liberty Avenue, Suite 970<br>Pittsburgh, PA 15222-3721 | PHEAA<br>1200 North Seventh Street<br>Harrisburg, PA 17102-1444 |
| PHEAA<br>PO Box 8147<br>Harrisburg, PA 17105-8147 | Phillips & Cohen Associates, Ltd.<br>PO Box 5790<br>Hauppauge, NY 11788-0164 | (p)PORTFOLIO RECOVERY ASSOCIATES LLC<br>PO BOX 41067<br>NORFOLK VA 23541-1067 |
| Quantum3 Group LLC as agent for<br>Credit Corp Solutions Inc<br>PO Box 788<br>Kirkland, WA 98083-0788 | Recovery Management Systems Corporation<br>25 S.E. 2nd Avenue, Suite 1120<br>Miami, FL 33131-1605 | St. Vincent Health Center<br>Attn: Billing Dept.<br>232 West 25th Street<br>Erie, PA 16544-0001 |

St. Vincent Health Center
PO Box 4045
Gaithersburg, MD 20885-4045

State Collection Service, Inc.
PO Box 6250
Madison, WI 53716-0250

Transworld Systems, Inc.
507 Prudential Road
Horsham, PA 19044-2308


Tri State Pain Institute, LLC
2374 Village Common Drive
Suite 100
Erie, PA 16506-7201

Lisa D. Skrekla
3908 Zimmerman Road
Erie, PA 16510-3661

Ronda J. Winneccur
Suite 3250, USX Tower
600 Grant Street
Pittsburgh, PA 15219-2702