FILED
12/2/16 4:19 pm
CLERK
U.S. BANKRUPTCY
COURT - WDPA

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

IN RE:

| | | |
|---|---|---|
| LISA D. SKREKLA | : | Case No. 16-10701-TPA |
| *Debtor* | : | Chapter 13 |
| LISA D. SKREKLA | : | Related to Doc No. 48. |
| *Movant* | : | |
| v. | : | |
| LOANDEPOT.COM, INC. | : | |
| *Respondent* | : | |

## **ORDER**

On December 1, 2016, a hearing was held on the **Order to Show Cause**, at Document No. 36, issued against Joshua I. Goldman, Esq. and *LoanDepot.com, LLC* along with a **Status Conference** on the **Loss Mitigation** in this case. Notwithstanding the *Order Substituting LMP Servicer* at Document No. 40, Counsel and a representative from Loandepot.com with knowledge of this LMP file were still required to personally appear at the *OTSC Hearing*. However, no representative from Loandepot.com appeared.

At the *Status Conference*, the Parties represented that this LMP Case is now being handled by Cenlar FSB, the loan servicer, and that a trial modification was recently offered to the Debtor. It was for this reason Counsel for the Respondent believed it had complied with the outstanding *OTSC*. The Parties also advised that Loandepot.com has not registered on the DMM Portal, which may have caused prior confusion as to who was handling this case from the Lender's side. Pursuant to *W.D.Pa. LBR 9020-4*, to participate in the Court's LMP program, the creditor must register on the DMM Portal.

*AND NOW*, this **2nd** day of **December, 2016,** it is hereby **ORDERED, ADJUDGED** and **DECREED** that:

(1) The ***Order to Show Cause*** at Document No. 36 is **VACATED** so long as ***on or before December 9, 2016,*** Loandepot.com, Inc. registers as a participating creditor on the Court's DMM Portal.

(2) The ***Loss Mitigation Period*** in this case is ***extended up to and including January 30, 2017.***

                                                              Thomas P. Agresti, Judge
                                                              United States Bankruptcy Court

Case administrator to serve:
    Debtor(s)
    Stephen Hutzelman, Esq.
    Joshua I. Goldman, Esq.
    Laura Karl, Esq.
    John Goryl, Esq.
    Ronda Winnecour, Esq., Ch. 13 Trustee

```
                         United States Bankruptcy Court
                         Western District of Pennsylvania
```

In re:                                                          Case No. 16-10701-TPA
Lisa D. Skrekla                                                 Chapter 13
        Debtor

## CERTIFICATE OF NOTICE

District/off: 0315-1           User: mgut                  Page 1 of 1                  Date Rcvd: Dec 05, 2016
                               Form ID: pdf900             Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Dec 07, 2016.
db             +Lisa D. Skrekla,    3908 Zimmerman Road,    Erie, PA 16510-3661

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                                    TOTAL: 0

            ***** BYPASSED RECIPIENTS *****
NONE.                                                                                                    TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.


**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Dec 07, 2016                                        Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on December 5, 2016 at the address(es) listed below:
              John F. Goryl    on behalf of Creditor    LOANDEPOT.COM, LLC bkgroup@kmllawgroup.com
              Joshua I. Goldman    on behalf of Creditor    LOANDEPOT.COM, LLC bkgroup@kmllawgroup.com
              Lauren Berschler Karl    on behalf of Creditor    LOANDEPOT.COM, LLC lkarl@kmllawgroup.com,
               ddott@kmllawgroup.com
              Office of the United States Trustee    ustpregion03.pi.ecf@usdoj.gov
              Ronda J. Winnecour    cmecf@chapter13trusteewdpa.com
              Stephen H. Hutzelman    on behalf of Plaintiff Lisa D. Skrekla shutzelman@shapiralaw.com,
               shutzelman@ecf.inforuptcy.com;ann@shapiralaw.com
              Stephen H. Hutzelman    on behalf of Debtor Lisa D. Skrekla shutzelman@shapiralaw.com,
               shutzelman@ecf.inforuptcy.com;ann@shapiralaw.com
                                                                                             TOTAL: 7