IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | | | |
|---|---|---|---|
| IN RE: | LISA D. SKREKLA, | : | CASE NO. 16-10701 |
| | Debtor | : | CHAPTER 13 |
| | ------------------------------ | : | |
| | LISA D. SKREKLA, | : | |
| | Movant | : | ■   WO-1 |
| | vs. | : | ☐   WO-2 |
| | | : | |
| | SAINT VINCENT HEALTH CENTER, | : | |
| | Respondent | : | |

CERTIFICATE OF SERVICE OF
ORDER GRANTING TO PAY TRUSTEE PURSUANT TO WAGE ATTACHMENT
(NOTICE OF DEBTOR'S SOCIAL SECURITY NUMBER - EMPLOYER ONLY)

I, STEPHEN H. HUTZELMAN, ESQUIRE, certify under penalty of perjury, that I served the above captioned pleading on the parties at the addresses specified either below or on the attached list, on January 13, 2017, the method of service made on the parties:

BY FIRST CLASS MAIL, POSTAGE PREPAID:

Saint Vincent Health Center
Attn: Payroll Dept.
232 West 25th Street
Erie, PA 16544

ELECTRONIC NOTIFICATION:

Ronda J. Winnecour, Esquire
Chapter 13 Standing Trustee, WD of PA
Suite 3250, USX Tower
600 Grant Street
Pittsburgh, PA 15219
cmecf@chapter13trusteewdpa.com

Office of the US Trustee
Liberty Center
1001 Liberty Avenue, Suite 970
Pittsburgh, PA 16222
ustpregion03.pi.ecf@usdoj.gov

If more than one method of service was employed, this certificate of service groups the parties by the type of service. For example, the names and addresses of parties served by electronic notification will be listed under the heading "Service by Electronic Notification," and those served by mail will be listed under the heading "Service by First Class Mail".

Executed on: January 13, 2017

\s\   Stephen H. Hutzelman, Esquire
Attorney for the Debtor
305 West Sixth Street
Erie, PA 16507
(814) 452-6800
PA ID No. 06541