FILED
4/28/17 10:18 am
CLERK
U.S. BANKRUPTCY
COURT - WDPA

# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | | | |
|---|---|---|---|
| In re: | : | Case No.: | 16-10701-TPA |
| Lisa D. Skrekla | : | Chapter: | 13 |
| *Debtor(s).* | : | | |
| | : | Date: | 4/26/2017 |
| | : | Time: | 10:30 |

## PROCEEDING MEMO

**MATTER:** #70 Motion for Approval of Final Loan Modification
(Order setting Hearing appears unserved)

**APPEARANCES:**

Debtor:   Stephen H. Hutzelman
Cenlar:
Trustee:  Richard Bedford

**NOTES:**

Hutzelman:   I haven't heard any objections.

Bedford:   No objection.

**OUTCOME:**   GRANTED / OE

*[signature]*
ljm