FILED
4/28/17 10:17 am
CLERK
U.S. BANKRUPTCY
COURT - WDPA

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| IN RE: | LISA D. SKREKLA,<br>Debtor | : 16-10701 |
| | -------------------------------- | : |
| | LISA D. SKREKLA,<br>Movant | : CHAPTER 13 |
| | vs. | : Rel to Doc No. 70 |
| | CENLAR, FSB, servicer for<br>loanDepot.com, LLC,<br>Respondent | : |

ORDER AUTHORIZING FINAL LOAN MODIFICATION

AND NOW, this 26th day of April, 2017, upon consideration of the within motion, IT IS HEREBY ORDERED, ADJUDGED AND DECREED that the Motion to Authorize Final Loan Modification is granted as follows:

1. The subject real estate is commonly known as 3908 Zimmerman Road, Erie, Pennsylvania;
2. The new principal balance of the loan, as of March 9, 2017 is $93,485.93, (Interest Bearing Principal), consisting of the unpaid amounts loaned to the Movant by Respondent, plus any interest and other amounts capitalized, as of April 1, 2017
3. There is no deferred principal balance;
4. There is no prepayment penalty;
5. The interest rate is a fixed rate of 4.250%;
6. The date of the first payment due shall be May 1, 2017;
7. The maturity date is April 1, 2047;
8. The payment schedule shall be monthly principal and interest payments in the amount of $459.89, together with an escrow payment of $304.45, for a total monthly payment of $764.34, beginning May 1, 2017, and continuing for 360 consecutive months, with the annual escrow adjustments;
9. The lender is authorized to file the Loan Modification Agreement with the Recorder of Deeds of Erie County, Pennsylvania.

_____
Thomas P. Agresti, Judge
United States Bankruptcy Court

United States Bankruptcy Court
Western District of Pennsylvania

In re:  
Lisa D. Skrekla  
    Debtor

Case No. 16-10701-TPA  
Chapter 13

## CERTIFICATE OF NOTICE

District/off: 0315-1     User: bsil     Page 1 of 1     Date Rcvd: Apr 28, 2017  
                        Form ID: pdf900    Total Noticed: 3

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Apr 30, 2017.  
db          +Lisa D. Skrekla,    3908 Zimmerman Road,    Erie, PA 16510-3661  
           Cenlar FSB,    PO Box 77408,    Ewing, NJ    08628-6408

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.  
                +E-mail/Text: bknotification@loandepot.com Apr 29 2017 01:16:35       loanDepot.com, LLC,  
         26642 Towne Centre Drive,    Foothill Ranch, CA 92610-2808  
                                                                                                                     TOTAL: 1

              ***** BYPASSED RECIPIENTS *****  
NONE.                                                                                                                                                                                              TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.  
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Apr 30, 2017                                        Signature:    /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on April 28, 2017 at the address(es) listed below:  
               James Warmbrodt    on behalf of Creditor    LOANDEPOT.COM, LLC bkgroup@kmllawgroup.com  
               John F. Goryl    on behalf of Creditor    LOANDEPOT.COM, LLC bkgroup@kmllawgroup.com  
               Joshua I. Goldman    on behalf of Creditor    LOANDEPOT.COM, LLC bkgroup@kmllawgroup.com  
               Lauren Berschler Karl    on behalf of Creditor    LOANDEPOT.COM, LLC lkarl@kmllawgroup.com, ddott@kmllawgroup.com  
               Office of the United States Trustee    ustpregion03.pi.ecf@usdoj.gov  
               Ronda J. Winnecour    cmecf@chapter13trusteewdpa.com  
               Stephen H. Hutzelman    on behalf of Plaintiff Lisa D. Skrekla shutzelman@shapiralaw.com, shutzelman@ecf.inforuptcy.com;ann@shapiralaw.com  
               Stephen H. Hutzelman    on behalf of Debtor Lisa D. Skrekla shutzelman@shapiralaw.com, shutzelman@ecf.inforuptcy.com;ann@shapiralaw.com  
                                                                                                                                    TOTAL: 8