**2100 B (12/15)**

# United States Bankruptcy Court

WESTERN DISTRICT OF PENNSYLVANIA
Case No. 16-10701-TPA
Chapter 13

In re: Debtor(s) (including Name and Address)

Lisa D. Skrekla
3908 Zimmerman Road
Erie PA 16510

### NOTICE OF TRANSFER OF CLAIM OTHER THAN FOR SECURITY

The Claim No(s). listed below was/were filed or deemed filed under 11 U.S.C. § 1111(a) in this case by the alleged transferor. As evidence of the transfer of that claim, the transferee filed a Transfer of Claim Other than for Security in the clerk's office of this court on 07/31/2017.

Name and Address of Alleged Transferor(s):

Claim No. 1: PHEAA, PO Box 8147, Harrisburg, PA 17105

Name and Address of Transferee:

ECMC
PO BOX 16408
ST. PAUL, MN 55116-0408

### -- DEADLINE TO OBJECT TO TRANSFER --

The alleged transferor(s) of the claim is hereby notified that objections must be filed with the court within twenty-one (21) days of the mailing of this notice. If no objection is timely received by the court, the transferee will be substituted as the original claimant without further order of the court.

Date:    08/02/17

Michael R. Rhodes
**CLERK OF THE COURT**

United States Bankruptcy Court
Western District of Pennsylvania

In re:                                                                    Case No. 16-10701-TPA
Lisa D. Skrekla                                                           Chapter 13
    Debtor

## CERTIFICATE OF NOTICE

District/off: 0315-1         User: culy            Page 1 of 1            Date Rcvd: Jul 31, 2017
                             Form ID: trc          Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Aug 02, 2017.
14273279       +PHEAA,    PO Box 8147,    Harrisburg, PA 17105-8147

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                                  TOTAL: 0

        ***** BYPASSED RECIPIENTS *****
NONE.                                                                                                  TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.


**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Aug 02, 2017                             Signature:   /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on July 31, 2017 at the address(es) listed below:
      James Warmbrodt     on behalf of Creditor    LOANDEPOT.COM, LLC bkgroup@kmllawgroup.com
      John F. Goryl     on behalf of Creditor    LOANDEPOT.COM, LLC bkgroup@kmllawgroup.com
      Joshua I. Goldman     on behalf of Creditor    LOANDEPOT.COM, LLC bkgroup@kmllawgroup.com
      Lauren Berschler Karl     on behalf of Creditor    LOANDEPOT.COM, LLC lkarl@kmllawgroup.com,
       ddott@kmllawgroup.com
      Office of the United States Trustee     ustpregion03.pi.ecf@usdoj.gov
      Ronda J. Winnecour     cmecf@chapter13trusteewdpa.com
      Stephen H. Hutzelman     on behalf of Plaintiff Lisa D. Skrekla shutzelman@shapiralaw.com,
       shutzelman@ecf.inforuptcy.com;ann@shapiralaw.com
      Stephen H. Hutzelman     on behalf of Debtor Lisa D. Skrekla shutzelman@shapiralaw.com,
       shutzelman@ecf.inforuptcy.com;ann@shapiralaw.com
                                                                                                                                      TOTAL: 8