IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| IN RE: | : | CASE NO. 16-10701 |
| LISA D. SKREKLA, | : | |
| Debtor | : | CHAPTER 13 |

**CERTIFICATE OF SERVICE OF ORDER DATED NOVEMBER 13, 2017, NOTICE OF PROPOSED MODIFICATION TO CONFIRMED PLAN and AMENDED CHAPTER 13 PLAN DATED NOVEMBER 12, 2017**

I, STEPHEN H. HUTZELMAN, ESQUIRE, certify under penalty of perjury, that I served the above captioned pleading on the parties at the addresses specified either below or on the attached list, on November 14, 2017,

The method of service made on the parties: first class mail to all parties on the attached sheets.

If more than one method of service was employed, this certificate of service groups the parties by the type of service. For example, the names and addresses of parties served by electronic notification will be listed under the heading "Service by Electronic Notification," and those served by mail will be listed under the heading "Service by First Class Mail".

Executed on: November 14, 2017

                      Respectfully submitted,

                      SHAPIRA, HUTZELMAN & SMITH

                      By: /s/ Stephen H. Hutzelman, Esq.
                           305 West Sixth Street
                           Erie, PA 16507
                           Phone: (814) 452-6800
                           Fax: (814) 456-2227
                           E-mail: shutzelman@shapiralaw.com
                           PA ID 06541

```
Label Matrix for local noticing
0315-1
Case 16-10701-TPA
WESTERN DISTRICT OF PENNSYLVANIA
Erie
Mon Apr 24 07:34:42 EDT 2017
```

Aes/pheaafrn
Po Box 61047
Harrisburg, PA 17106-1047

Allied Interstate LLC
PO Box 1954
Southgate, MI 48195-0954

Apogee Physicians of Pennsylvania
PO Box 708610
Sandy, UT 84070-8610

Ashley Funding Services, LLC its successors
assigns as assignee of Laboratory
Corporation of America Holdings
Resurgent Capital Services
PO Box 10587
Greenville, SC 29603-0587

Capital One NA
c/o Becket and Lee LLP
PO Box 3001
Malvern PA 19355-0701

Credit Corp. Solutions, Inc.
63 East 11400 South 408
Sandy, UT 84070-6705

Department Store National Bank
c/o Quantum3 Group LLC
PO Box 657
Kirkland, WA 98083-0657

Discover Bank
Discover Products Inc
PO Box 3025
New Albany, OH 43054-3025

Discover Bank
c/o Weltman Weinberg & Reis
436 7th Avenue
Suite 2500
Pittsburgh, PA 15219-1842

Dsnb Macys
9111 Duke Blvd
Mason, OH 45040-8999

Foundation Radiology Group
350 N. Orleans Street
Floor 8, Dept. 6235
Chicago, IL 60654-1975

Kohls/capone
Po Box 3115
Milwaukee, WI 53201-3115

LOANDEPOT.COM, LLC
425 Phillips Blvd.
Ewing, NJ 08618-1430

LOANDEPOT.COM, LLC
Cenlar FSB
425 Phillips BLVD
Ewing, NJ 08618-1430

MERS
1901 E. Voorhees Street
Suite C
Danville, IL 61834-4512

MIDLAND FUNDING LLC
PO Box 2011
Warren, MI 48090-2011

Matthew K. Fissel, Esquire
KML Law Group, PC
BNY Mellon Independence Center
701 Market Street, Suite 5000
Philadelphia, PA 19106-1541

Merchant's & Medical Credit Corporation
6324 Taylor Drive
Flint, MI 48507-4685

Midland Credit Management, Inc.
PO Box 60578
Los Angles, CA 90060-0578

Mortgage Electronic Registersation Syste
solely as Nominee for Loandepot.com LLC
PO Box 2026
Flint, Michigan 48501-2026

Office of the United States Trustee
Liberty Center.
1001 Liberty Avenue, Suite 970
Pittsburgh, PA 15222-3721

PHEAA
1200 North Seventh Street
Harrisburg, PA 17102-1444

PHEAA
PO Box 8147
Harrisburg, PA 17105-8147

Phillips & Cohen Associates, Ltd.
PO Box 5790
Hauppauge, NY 11788-0164

(p)PORTFOLIO RECOVERY ASSOCIATES LLC
PO BOX 41067
NORFOLK VA 23541-1067

Quantum3 Group LLC as agent for
Credit Corp Solutions Inc
PO Box 788
Kirkland, WA 98083-0788

Recovery Management Systems Corporation
25 S.E. 2nd Avenue, Suite 1120
Miami, FL 33131-1605

St. Vincent Health Center
Attn: Billing Dept.
232 West 25th Street
Erie, PA 16544-0001

St. Vincent Health Center
PO Box 4045
Gaithersburg, MD 20885-4045

State Collection Service, Inc.
PO Box 6250
Madison, WI 53716-0250

Transworld Systems, Inc.
507 Prudential Road
Horsham, PA 19044-2308

Tri State Pain Institute, LLC
2374 Village Common Drive
Suite 100
Erie, PA 16506-7201

Lisa D. Skrekla
3908 Zimmerman Road
Erie, PA 16510-3661

Ronda J. Winnecour
Suite 3250, USX Tower
600 Grant Street
Pittsburgh, PA 15219-2702