**Form 222**

# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE WESTERN DISTRICT OF PENNSYLVANIA

In re:

**Lisa D. Skrekla**
**aka Lisa D. Kurutz**
  Debtor(s)

Bankruptcy Case No.: 16–10701–TPA

Chapter: 13
Docket No.: 89 – 87
Concil. Conf.: December 19, 2017 at 01:30 PM

## ORDER

    **IT IS HEREBY ORDERED** that, the Debtor(s) shall immediately serve a copy of this *Order,* the *Notice of Proposed Modification to Confirmed Plan* and the *Amended Plan Dated November 10, 2017* on the Chapter 13 Trustee and all parties on the mailing matrix and complete and file the accompanying *Certificate of Service* with the Clerk.

    On or before **December 8, 2017,** all *Objections* must be filed and served on the Debtor(s), Chapter 13 Trustee and any creditor whose claim is the subject of the *Objection.* Untimely *objections* will not be considered.

    On **December 19, 2017** at **01:30 PM,** a Conciliation Conference on the Debtor(s)' *Amended Plan* shall occur with the Chapter 13 Trustee at Bankruptcy Courtroom, U.S. Courthouse, 17 South Park Row, Erie, PA 16501.

    If the Parties cannot resolve all disputes at the conciliation conference, a hearing will be scheduled and orally announced at the conclusion of the conference without any further written notice to any party. Parties are directed to monitor the Court's docket and read the Chapter 13 Trustee's minutes of the conciliation conference to the extent such parties desire more information regarding the outcome of the conciliation conference.

Dated: November 13, 2017

Thomas P. Agresti, Judge
United States Bankruptcy Court

cm: Debtor(s) and/or Debtor(s)' counsel

```
                        United States Bankruptcy Court
                        Western District of Pennsylvania
```

In re:                                                              Case No. 16-10701-TPA
Lisa D. Skrekla                                                     Chapter 13
        Debtor

## CERTIFICATE OF NOTICE

District/off: 0315-1          User: lmar                  Page 1 of 1            Date Rcvd: Nov 13, 2017
                              Form ID: 222                Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Nov 15, 2017.
db             +Lisa D. Skrekla,    3908 Zimmerman Road,    Erie, PA 16510-3661

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                                TOTAL: 0

              ***** BYPASSED RECIPIENTS *****
NONE.                                                                                                TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.


**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Nov 15, 2017                                    Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on November 13, 2017 at the address(es) listed below:
              James Warmbrodt    on behalf of Creditor    LOANDEPOT.COM, LLC bkgroup@kmllawgroup.com
              John F. Goryl    on behalf of Creditor    LOANDEPOT.COM, LLC bkgroup@kmllawgroup.com
              Joshua I. Goldman    on behalf of Creditor    LOANDEPOT.COM, LLC bkgroup@kmllawgroup.com
              Lauren Berschler Karl    on behalf of Creditor    LOANDEPOT.COM, LLC lkarl@kmllawgroup.com,
               ddott@kmllawgroup.com
              Office of the United States Trustee    ustpregion03.pi.ecf@usdoj.gov
              Ronda J. Winnecour    cmecf@chapter13trusteewdpa.com
              Stephen H. Hutzelman    on behalf of Plaintiff Lisa D. Skrekla shutzelman@shapiralaw.com,
               shutzelman@ecf.inforuptcy.com;ann@shapiralaw.com
              Stephen H. Hutzelman    on behalf of Debtor Lisa D. Skrekla shutzelman@shapiralaw.com,
               shutzelman@ecf.inforuptcy.com;ann@shapiralaw.com
                                                                                             TOTAL: 8