IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| IN RE: LISA D. SKREKLA, | : | CASE NO. 16-10701 |
| Debtor | : | |
| | : | CHAPTER 13 |

### NOTIFICATION OF CHANGE OF ADDRESS

I, Stephen H. Hutzelman, Esquire, attorney for the Debtor in the above caption matter, hereby certify that the following address should be corrected for the named Creditor in the above case:

| Previous Address | New Address |
|:---:|:---:|
| Stephen H. Hutzelman, Esquire | Stephen H. Hutzelman, Esq. |
| 305 West 6th Street | 333 State Street, Suite 203 |
| Erie, PA 16507 | Erie, PA 16507 |

Future correspondence from the Court should be directed to the corrected addresses.

Respectfully submitted,

By: \s\ Stephen H. Hutzelman, Esquire
PA ID 06541

### CERTIFICATE OF SERVICE

I, Stephen H. Hutzelman, Esquire, certify under penalty of perjury, certify that on this day, I served, or caused to be served, the CERTIFICATION OF CHANGE OF ADDRESS in the above matter, on each of the following parties by the method indicated:    SERVICE BY ELECTRONIC NOTIFICATION VIA CM /ECF AND NOT OTHERWISE SERVED PURSUANT TO THE REQUEST OF THE TRUSTEE:

| | |
|---|---|
| Ronda J. Winnecour, Esquire<br>Chapter 13 Standing Trustee, WD of PA<br>Suite 3250, USX Tower<br>600 Grant Street<br>Pittsburgh, PA 15219<br>cmecf@chapter13trusteewdpa.com | Office of the US Trustee<br>Liberty Center<br>1001 Liberty Avenue, Suite 970<br>Pittsburgh, PA 15222<br>ustpregion03.pi.ecf@usdoj.gov |

\s\    Stephen H. Hutzelman, Esquire
Attorney for Debtor

June 22, 2020