FILED
8/13/20 9:47 am
CLERK
U.S. BANKRUPTCY
COURT - WDPA

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

IN RE:                                          :
   Change of Name and Address of      :
   firm, Shapira, Hutzelman & Smith to :   MISCELLANEOUS NO. 20-101
   Hutzelman and Harmon, in Various   :   Rel to Doc 2
   Open Cases,                        :

OMNIBUS ORDER GRANTING LEAVE TO CHANGE NAME OF FIRM AND
CHANGE ADDRESS FOR FIRM IN VARIOUS OPEN CASES

AND NOW, this 13th day of August, 2020, the Omnibus Motion to for Leave to Change Name of Firm and Change Address of Firm in Various Open Cases is HEREBY GRANTED. The Clerk is directed forthwith to change the name of the firm associated with Stephen H. Hutzelman in the open cases listed on Exhibit A attached hereto, from Shapira, Hutzelman & Smith at 305 West 6th Street, Erie, PA 16507, to the new firm name of HUTZELMAN AND HARMON, with the new firm address of 333 STATE STREET, SUITE 203, ERIE, PENNSYLVANIA 16507.

_____
                ljm       J

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

IN RE:                                              :
　　Change of Name and Address of           :
　　firm, Shapira, Hutzelman & Smith to     :    MISCELLANEOUS NO. 20-101
　　Hutzelman and Harmon, in Various       :
　　Open Cases,                                     :

## EXHIBIT A

Schedule 1 - Active Chapter 13 Cases filed by Stephen H. Hutzelman

| Case No. | Name | Date Filed |
| --- | --- | --- |
| 15-10497 TPA | Edward F. Grout | 05/04/2015 |
| 15-11157 TPA | Rodger and Kathleen Shattuck | 10/29/2015 |
| 15-11175 TPA | Beverly Ann DeBoe | 11/02/2015 |
| 16-10047 TPA | Robert D. Eggleston, III | 01/21/2016 |
| 16-10203 TPA | David and Kim Whiteman | 03/11/2016 |
| 16-10701 TPA | Lisa D. Skrekla | 07/21/2016 |
| 16-10937 TPA | Catherine A. Geiger | 09/26/2016 |
| 16-11066 TPA | Kimberly I. Saunders | 11/04/2016 |
| 17-10178 TPA | Cheryl M. Barborak | 02/23/2017 |
| 17-10850 TPA | Steven and Jamie Smith | 08/16/2017 |
| 17-11097 TPA | Judith Ann Roberts | 10/18/2017 |
| 18-10506 TPA | Michele L. Rockwell | 05/23/2018 |
| 18-10689 TPA | Pasquale Raucci | 07/06/2018 |
| 18-10698 TPA | Karen Rae Sturdivant | 07/09/2018 |
| 18-10857 TPA | Debra C. Sharp | 08/24/2018 |
| 18-10981 TPA | James and Carol Szczesny | 09/21/2018 |
| 18-11139 TPA | Blair and Sabrena Miller | 11/01/2018 |
| 20-10194 TPA | James A. Flora | 03/06/2020 |
| 20-10328 TPA | Denise M. Christianson | 05/02/2020 |

Schedule 2 - Active Chapter 7 Cases filed by Stephen H. Hutzelman

| Case No. | Name | Date Filed |
| --- | --- | --- |
| 15-10760 TPA | Barbara S. Fish (converted from 13) | 07/17/2015 |
| 16-10030 TPA | Douglas Grooms (closed but no discharge) | 01/15/2016 |
| 20-10415 TPA | Edward J. Yeaney | 06/11/2020 |

Schedule 3 - Active cases in which Stephen H. Hutzelman filed an Appearance of Proof of Claim

| Case No. | Name | Date Filed |
| --- | --- | --- |
| 18-10431 TPA | Wheeler Dairy, LLC | 05/03/2018 |
| | appearance on behalf of Wheeler Real Estate, LLC, Wheeler Brothers, LLC | |
| 17-10034 TPA | Susan J. Ingalls | 01/17/2017 |
| | POC filed on behalf of ABC Supply Co., Inc. | |

Schedule 4 - Active Adversary proceedings cases in which Stephen H. Hutzelman is involved.

| Case Number | Name | Lead Case No. |
| --- | --- | --- |
| 20-01004 TPA | Saunders v. Americredit et al | 16-11066 TPA |
| 20-01015 TPA | Christianson v. First Niagara Funding et al | 20-10328 TPA |
| 20-01016 TPA | Christianson v. Bank of America, NA | 20-10328 TPA |