IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **IN RE:** | : | **CASE NO. 16-10701 TPA** |
| **LISA D. SKREKLA,** | : | |
| Debtor | : | **CHAPTER 13** |
| ---------------------------------------- | : | |
| **LISA D. SKREKLA,** | : | |
| Movant | : | |
| vs. | : | |
| | : | |
| **NO RESPONDENT** | : | |

**DEBTOR'S CERTIFICATION OF DISCHARGE ELIGIBILITY**

1. The Debtor has made all payments required by the Chapter 13 Plan.

2. Include whichever one of the two following statements applies:

   __X__   The Debtor is not required to pay any Domestic Support Obligations

   or

   ____   The Debtor is required to pay Domestic Support Obligations and the Debtor has paid any amounts payable under a Court Order or Statute that were due on or before the date of this Certification, *including amounts due before the petition was filed, but only to the extent provided for in the Plan*.

3. The Debtor is entitled to a discharge under the terms of Section 1328 of the Bankruptcy Code. The Debtor has not received a prior discharge in a bankruptcy case within the time frames specified in Section 1328(f)(1) of the Bankruptcy Code. Section 1328(h) of the Bankruptcy Code does not render the Debtor ineligible for a discharge.

4. On __November 21, 2016__, at docket number __50__, Debtor complied with Federal Rule of Bankruptcy Procedure 1007(c) by filing a *Certificate of Completion of Post-petition Instructional Course in Personal Financial Management,* with the *Certificates of Completion* attached to the form.

This Certification is being signed under penalty of perjury by *(include whichever one of the two following statements applies)*:

   ____   Debtor(s) carefully examined and understand each of the Bankruptcy Code sections referenced in this Certification.

   or

   __X__   Undersigned Counsel duly questioned Debtor(s) about the statements in this Certification and verified the answers in support of this Certification.

Date: July 28, 2021

By: __/s/ Stephen H. Hutzelman__
Stephen H. Hutzelman, Esq.
Attorney for the Debtor(s)
333 State Street, Suite 203
Erie, PA 16507
Phone: (814) 459-7754
Fax: (814) 459-8996
e-mail: stephen@hh-legal.com
PA ID 06541

PAWB Local Form 24 (07/13)