**UNITED STATES BANKRUPTCY COURT
WESTERN DISTRICT OF PENNSYLVANIA**

FILED
8/16/21 4:24 pm
CLERK
U.S. BANKRUPTCY
COURT - WDPA

| | |
|---|---|
| IN RE:<br>LISA D. SKREKLA<br><br>  Debtor(s)<br>Ronda J. Winnecour, Trustee<br>  Movant<br>  vs.<br>LISA D. SKREKLA<br><br>  Respondents | Case No.16-10701TPA<br><br>Chapter 13<br><br>Document No. 108 |

### ORDER TO STOP PAYROLL DEDUCTIONS

AND NOW, this __16th__ day of __August__, 20__21__, it is hereby ORDERED, ADJUDGED, and DECREED that,

St Vincent Health Center
Attn: Payroll Manager
232 West 25Th St
Erie, PA 16544

is hereby ordered to immediately terminate the attachment of the wages of LISA D. SKREKLA, social security number XXX-XX-3603. No future payments are to be sent to Ronda J. Winnecour, Trustee on behalf of LISA D. SKREKLA.

FURTHER ORDERED:

BY THE COURT:

_____
 ljm
UNITED STATES BANKRUPTCY JUDGE

cc: Debtor(s)
 Debtor(s) Attorney

United States Bankruptcy Court

Western District of Pennsylvania

| | |
|---|---|
| In re: | Case No. 16-10701-TPA |
| Lisa D. Skrekla | Chapter 13 |
|     Debtor | |

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 0315-1 | User: bsil | Page 1 of 2 |
| Date Rcvd: Aug 16, 2021 | Form ID: pdf900 | Total Noticed: 1 |

The following symbols are used throughout this certificate:
**Symbol    Definition**

\+    Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Aug 18, 2021:**

| Recip ID | Recipient Name and Address |
|---|---|
| db | + Lisa D. Skrekla, 3908 Zimmerman Road, Erie, PA 16510-3661 |

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

## BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

NONE

## NOTICE CERTIFICATION

I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Aug 18, 2021           Signature:           /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on August 16, 2021 at the address(es) listed below:

| Name | Email Address |
|---|---|
| Brian Nicholas | on behalf of Creditor LOANDEPOT.COM LLC bnicholas@kmllawgroup.com |
| John F. Goryl | on behalf of Creditor LOANDEPOT.COM LLC bkgroup@kmllawgroup.com |
| Joshua I. Goldman | on behalf of Creditor LOANDEPOT.COM LLC jgoldman@kmllawgroup.com, angelica.reyes@padgettlawgroup.com |
| Lauren Berschler Karl | on behalf of Creditor LOANDEPOT.COM LLC lkarl@rascrane.com, lbkarl03@yahoo.com |
| Office of the United States Trustee | ustpregion03.pi.ecf@usdoj.gov |
| Ronda J. Winnecour | cmecf@chapter13trusteewdpa.com |

District/off: 0315-1     User: bsil     Page 2 of 2
Date Rcvd: Aug 16, 2021     Form ID: pdf900     Total Noticed: 1

Stephen H. Hutzelman
        on behalf of Plaintiff Lisa D. Skrekla stephen@hh-legal.com  shutzelman@ecf.inforuptcy.com;ann@hh-legal.com

Stephen H. Hutzelman
        on behalf of Debtor Lisa D. Skrekla stephen@hh-legal.com  shutzelman@ecf.inforuptcy.com;ann@hh-legal.com

TOTAL: 8