Form 300b

# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE WESTERN DISTRICT OF PENNSYLVANIA

IN RE:

| | | |
|---|---|---|
| **Lisa D. Skrekla** : | Case No. 16−10701−TPA |
| **aka Lisa D. Kurutz** : | Chapter: 13 |
| *Debtor(s)* : | |
| : | |
| **RONDA J. WINNECOUR, Trustee,** : | |
| *Movant(s),* : | |
| : | Related to Document No. 115 |
| v. : | |
| **No Respondents** : | Hearing Date: 12/1/21 at 12:00 PM |
| *Respondent(s).* : | |

## ORDER SCHEDULING DATE FOR RESPONSE
## AND HEARING ON MOTION

*AND NOW,* this *The 27th of September, 2021*, a *Motion for Discharge of Debtor and Approval of Trustee's Report of Receipts and Disbursements* having been filed at Doc. No. 115 , by the Chapter 13 Trustee

It is hereby **ORDERED, ADJUDGED and DECREED** that:

(1) *On or before November 12, 2021*, any *Response*, including a consent to the *Motion*, shall be filed with the Clerk's Office at U.S. Bankruptcy Court, (5414 U.S. Steel Tower, 600 Grant Street, Pittsburgh, PA 15219 *OR* U.S. Courthouse, Room B160, 17 South Park Row, Erie, PA 16501) and served on the counsel for the Moving Party.

(2) This *Motion* is scheduled for hearing on *December 1, 2021 at 12:00 PM* in https://www.zoomgov.com/j/16021303488, at which time the parties and/or their counsel shall appear and the Court will dispose of the *Motion*. See Judge Agresti's Amended Procedures effective 6/10/20 on the Court's Website.

(3) If, after proper service, a Respondent fails to timely file a *Response*, the Court *may* determine that no hearing is required and accordingly enter the order by default. *To determine if a default order has been entered the Moving Party is directed to the Court's web site at www.pawb.uscourts.gov one day prior to the hearing. To view the calendar for Judge Thomas P. Agresti refer to the calendar section.* In the event a default order has been signed, the Moving Party shall **IMMEDIATELY** advise all affected parties. If a default order has not been entered, the parties will be *required* to appear at the hearing.

_____
Thomas P. Agresti, Judge
United States Bankruptcy Court

cm: All Parties Listed on The Clerk's Mailing Matrix

United States Bankruptcy Court

Western District of Pennsylvania

| | |
|---|---|
| In re: | Case No. 16-10701-TPA |
| Lisa D. Skrekla | Chapter 13 |
| Debtor | |

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 0315-1 | User: nsha | Page 1 of 3 |
| Date Rcvd: Sep 27, 2021 | Form ID: 300b | Total Noticed: 34 |

The following symbols are used throughout this certificate:
**Symbol   Definition**

+   Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

++  Addresses marked '++' were redirected to the recipient's preferred mailing address pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.P.2002(g)(4).

#   Addresses marked '#' were identified by the USPS National Change of Address system as requiring an update. While the notice was still deliverable, the notice recipient was advised to update its address with the court immediately.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Sep 29, 2021:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Lisa D. Skrekla, 3908 Zimmerman Road, Erie, PA 16510-3661 |
| 14262593 | + | Aes/pheaafrn, Po Box 61047, Harrisburg, PA 17106-1047 |
| 14262594 | | Allied Interstate LLC, PO Box 1954, Southgate, MI 48195-0954 |
| 14262595 | + | Apogee Physicians of Pennsylvania, PO Box 708610, Sandy, UT 84070-8627 |
| 14314120 | | Capital One NA, c/o Becket and Lee LLP, PO Box 3001, Malvern PA 19355-0701 |
| 14262597 | + | Discover Bank, c/o Weltman Weinberg & Reis, 436 7th Avenue, Suite 2500, Pittsburgh, PA 15219-1842 |
| 14667865 | | ECMC, PO BOX 16408, ST. PAUL, MN 55116-0408 |
| 14262599 | + | Foundation Radiology Group, 350 N. Orleans Street, Floor 8, Dept. 6235, Chicago, IL 60654-1975 |
| 14262601 | + | LOANDEPOT.COM, LLC, 425 Phillips Blvd., Ewing, NJ 08618-1430 |
| 14291761 | + | LOANDEPOT.COM, LLC, Cenlar FSB, 425 Phillips BLVD, Ewing, NJ 08618-1430 |
| 14262604 | + | MERS, 1901 E. Voorhees Street, Suite C, Danville, IL 61834-4512 |
| 14262602 | + | Matthew K. Fissel, Esquire, KML Law Group, PC, BNY Mellon Independence Center, 701 Market Street, Suite 5000, Philadelphia, PA 19106-1541 |
| 14262603 | | Merchant's & Medical Credit Corporation, 6324 Taylor Drive, Flint, MI 48507-4685 |
| 14262606 | | Mortgage Electronic Registersation Syste, solely as Nominee for Loandepot.com LLC, PO Box 2026, Flint, Michigan 48501-2026 |
| 14262607 | | PHEAA, 1200 North Seventh Street, Harrisburg, PA 17102-1444 |
| 14273279 | + | PHEAA, PO Box 8147, Harrisburg, PA 17105-8147 |
| 14262608 | + | Phillips & Cohen Associates, Ltd., PO Box 5790, Hauppauge, NY 11788-0164 |
| 14262610 | + | St. Vincent Health Center, Attn: Billing Dept., 232 West 25th Street, Erie, PA 16544-0001 |
| 14262611 | | St. Vincent Health Center, PO Box 4045, Gaithersburg, MD 20885-4045 |
| 14262614 | # | Tri State Pain Institute, LLC, 2374 Village Common Drive, Suite 100, Erie, PA 16506-7201 |

TOTAL: 20

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| cr | | Email/PDF: rmscedi@recoverycorp.com | Sep 27 2021 23:39:52 | Recovery Management Systems Corporation, 25 S.E. Second Avenue, Suite 1120, Miami, FL 33131-1605 |
| 14335784 | | Email/PDF: resurgentbknotifications@resurgent.com | Sep 27 2021 23:39:30 | Ashley Funding Services, LLC its successors and, assigns as assignee of Laboratory, Corporation of America Holdings, Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 14262596 | | Email/Text: customercareus@creditcorpsolutionsinc.com | Sep 27 2021 23:24:00 | Credit Corp. Solutions, Inc., 63 East 11400 South 408, Sandy, UT 84070 |
| 14262598 | + | Email/PDF: Citi.BNC.Correspondence@citi.com | Sep 27 2021 23:39:54 | Dsnb Macys, 9111 Duke Blvd, Mason, OH 45040 |
| 14332486 | | Email/Text: bnc-quantum@quantum3group.com | Sep 27 2021 23:24:00 | Department Store National Bank, c/o Quantum3 Group LLC, PO Box 657, Kirkland, WA 98083-0657 |
| 14277995 | | Email/Text: mrdiscen@discover.com | Sep 27 2021 23:24:00 | Discover Bank, Discover Products Inc, PO Box 3025, New Albany, OH 43054-3025 |

| Recip ID | Notice Type | Date/Time | Name and Address |
|---|---|---|---|
| 14262600 | + Email/Text: PBNCNotifications@peritusservices.com | Sep 27 2021 23:24:00 | Kohls/capone, Po Box 3115, Milwaukee, WI 53201-3115 |
| 14322795 | + Email/Text: bankruptcydpt@mcmcg.com | Sep 27 2021 23:25:00 | MIDLAND FUNDING LLC, PO Box 2011, Warren, MI 48090-2011 |
| 14262605 | Email/Text: bankruptcydpt@mcmcg.com | Sep 27 2021 23:25:00 | Midland Credit Management, Inc., PO Box 60578, Los Angles, CA 90060-0578 |
| 14262609 | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | Sep 27 2021 23:39:39 | Portfolio Recovery Associates, LLC, PO Box 12914, Norfolk, VA 23541-1223 |
| 14277403 | Email/Text: bnc-quantum@quantum3group.com | Sep 27 2021 23:24:00 | Quantum3 Group LLC as agent for, Credit Corp Solutions Inc, PO Box 788, Kirkland, WA 98083-0788 |
| 14267624 | Email/PDF: rmscedi@recoverycorp.com | Sep 27 2021 23:39:28 | Recovery Management Systems Corporation, 25 S.E. 2nd Avenue, Suite 1120, Miami, FL 33131-1605 |
| 14262612 | Email/Text: amieg@stcol.com | Sep 27 2021 23:24:00 | State Collection Service, Inc., PO Box 6250, Madison, WI 53716-0250 |
| 14262613 | + Email/Text: bankruptcydepartment@tsico.com | Sep 27 2021 23:25:00 | Transworld Systems, Inc., 507 Prudential Road, Horsham, PA 19044-2308 |

TOTAL: 14

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| cr | | LOANDEPOT.COM, LLC |
| cr | * | ECMC, P.O. Box 16408, St. Paul, MN 55116-0408 |
| 14320667 | *P++ | PORTFOLIO RECOVERY ASSOCIATES LLC, PO BOX 41067, NORFOLK VA 23541-1067, address filed with court:, Portfolio Recovery Associates, LLC, POB 12914, Norfolk VA 23541 |

TOTAL: 1 Undeliverable, 2 Duplicate, 0 Out of date forwarding address

## NOTICE CERTIFICATION

I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.

Date: Sep 29, 2021         Signature:         /s/Joseph Speetjens

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on September 27, 2021 at the address(es) listed below:

| Name | Email Address |
|---|---|
| Brian Nicholas | on behalf of Creditor LOANDEPOT.COM  LLC bnicholas@kmllawgroup.com |
| John F. Goryl | on behalf of Creditor LOANDEPOT.COM  LLC bkgroup@kmllawgroup.com |
| Joshua I. Goldman | |

| | | |
|---|---|---|
| District/off: 0315-1 | User: nsha | Page 3 of 3 |
| Date Rcvd: Sep 27, 2021 | Form ID: 300b | Total Noticed: 34 |

|   |   |
|---|---|
| | on behalf of Creditor LOANDEPOT.COM LLC jgoldman@kmllawgroup.com, angelica.reyes@padgettlawgroup.com |
| Lauren Berschler Karl | on behalf of Creditor LOANDEPOT.COM LLC lkarl@rascrane.com, lbkarl03@yahoo.com |
| Maria Miksich | on behalf of Creditor LOANDEPOT.COM LLC mmiksich@kmllawgroup.com |
| Office of the United States Trustee | ustpregion03.pi.ecf@usdoj.gov |
| Ronda J. Winnecour | cmecf@chapter13trusteewdpa.com |
| Stephen H. Hutzelman | on behalf of Plaintiff Lisa D. Skrekla stephen@hh-legal.com shutzelman@ecf.inforuptcy.com;ann@hh-legal.com |
| Stephen H. Hutzelman | on behalf of Debtor Lisa D. Skrekla stephen@hh-legal.com shutzelman@ecf.inforuptcy.com;ann@hh-legal.com |

TOTAL: 9