| Information to identify the case: | | |
|---|---|---|
| Debtor 1 | **Lisa D. Skrekla** <br> First Name   Middle Name   Last Name | Social Security number or ITIN   xxx–xx–3603 <br> EIN   _ _–_ _ _ _ _ _ _ |
| Debtor 2 <br> (Spouse, if filing) | First Name   Middle Name   Last Name | Social Security number or ITIN   _ _ _ _ <br> EIN   _ _–_ _ _ _ _ _ _ |
| United States Bankruptcy Court   **WESTERN DISTRICT OF PENNSYLVANIA** | | |
| Case number:   **16–10701–TPA** | | |

# Order of Discharge                                            12/18

**IT IS ORDERED:** A discharge under 11 U.S.C. § 1328(a) is granted to:

Lisa D. Skrekla
aka Lisa D. Kurutz

<u>11/23/21</u>                                            **By the court:**    <u>Thomas P. Agresti</u>
                                                                                United States Bankruptcy Judge

---

**Explanation of Bankruptcy Discharge in a Chapter 13 Case**

This order does not close or dismiss the case.

**Creditors cannot collect discharged debts**

This order means that no one may make any attempt to collect a discharged debt from the debtors personally. For example, creditors cannot sue, garnish wages, assert a deficiency, or otherwise try to collect from the debtors personally on discharged debts. Creditors cannot contact the debtors by mail, phone, or otherwise in any attempt to collect the debt personally. Creditors who violate this order can be required to pay debtors damages and attorney's fees.

However, a creditor with a lien may enforce a claim against the debtors' property subject to that lien unless the lien was avoided or eliminated. For example, a creditor may have the right to foreclose a home mortgage or repossess an automobile.

This order does not prevent debtors from paying any debt voluntarily. 11 U.S.C. § 524(f).

**Most debts are discharged**

Most debts are covered by the discharge, but not all. Generally, a discharge removes the debtors' personal liability for debts provided for by the chapter 13 plan.

In a case involving community property: Special rules protect certain community property owned by the debtor's spouse, even if that spouse did not file a bankruptcy case.

**Some debts are not discharged**

Examples of debts that are not discharged are:

♦ debts that are domestic support obligations;

♦ debts for most student loans;

♦ debts for certain types of taxes specified in 11 U.S.C. §§ 507(a)(8)( C), 523(a)(1)(B), or 523(a)(1)(C) to the extent not paid in full under the plan;

**For more information, see page 2**

- debts that the bankruptcy court has decided or will decide are not discharged in this bankruptcy case;

- debts for restitution, or a criminal fine, included in a sentence on debtor's criminal conviction;

- some debts which the debtors did not properly list;

- debts provided for under 11 U.S.C. § 1322(b)(5) and on which the last payment or other transfer is due after the date on which the final payment under the plan was due;

- debts for certain consumer purchases made after the bankruptcy case was filed if obtaining the trustee's prior approval of incurring the debt was practicable but was not obtained;

- debts for restitution, or damages, awarded in a civil action against the debtor as a result of malicious or willful injury by the debtor that caused personal injury to an individual or the death of an individual; and

- debts for death or personal injury caused by operating a vehicle while intoxicated.

In addition, this discharge does not stop creditors from collecting from anyone else who is also liable on the debt, such as an insurance company or a person who cosigned or guaranteed a loan.

> **This information is only a general summary of a chapter 13 discharge; some exceptions exist. Because the law is complicated, you should consult an attorney to determine the exact effect of the discharge in this case.**

United States Bankruptcy Court

Western District of Pennsylvania

| | |
|---|---|
| In re: | Case No. 16-10701-TPA |
| Lisa D. Skrekla | Chapter 13 |
| Debtor | |

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 0315-1 | User: bsil | Page 1 of 3 |
| Date Rcvd: Nov 23, 2021 | Form ID: 3180W | Total Noticed: 36 |

The following symbols are used throughout this certificate:
**Symbol    Definition**

\+          Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

++         Addresses marked '++' were redirected to the recipient's preferred mailing address pursuant to 11 U.S.C. § 342(f)/Fed. R. Bank. P. 2002(g)(4).

\#          Addresses marked '#' were identified by the USPS National Change of Address system as requiring an update. While the notice was still deliverable, the notice recipient was advised to update its address with the court immediately.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Nov 25, 2021:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Lisa D. Skrekla, 3908 Zimmerman Road, Erie, PA 16510-3661 |
| 14262593 | + | Aes/pheaafrn, Po Box 61047, Harrisburg, PA 17106-1047 |
| 14262594 | | Allied Interstate LLC, PO Box 1954, Southgate, MI 48195-0954 |
| 14262595 | + | Apogee Physicians of Pennsylvania, PO Box 708610, Sandy, UT 84070-8627 |
| 14262597 | + | Discover Bank, c/o Weltman Weinberg & Reis, 436 7th Avenue, Suite 2500, Pittsburgh, PA 15219-1842 |
| 14262599 | + | Foundation Radiology Group, 350 N. Orleans Street, Floor 8, Dept. 6235, Chicago, IL 60654-1975 |
| 14262601 | + | LOANDEPOT.COM, LLC, 425 Phillips Blvd., Ewing, NJ 08618-1430 |
| 14291761 | + | LOANDEPOT.COM, LLC, Cenlar FSB, 425 Phillips BLVD, Ewing, NJ 08618-1430 |
| 14262604 | + | MERS, 1901 E. Voorhees Street, Suite C, Danville, IL 61834-4512 |
| 14262602 | + | Matthew K. Fissel, Esquire, KML Law Group, PC, BNY Mellon Independence Center, 701 Market Street, Suite 5000, Philadelphia, PA 19106-1541 |
| 14262603 | | Merchant's & Medical Credit Corporation, 6324 Taylor Drive, Flint, MI 48507-4685 |
| 14262606 | | Mortgage Electronic Registersation Syste, solely as Nominee for Loandepot.com LLC, PO Box 2026, Flint, Michigan 48501-2026 |
| 14262607 | | PHEAA, 1200 North Seventh Street, Harrisburg, PA 17102-1444 |
| 14273279 | + | PHEAA, PO Box 8147, Harrisburg, PA 17105-8147 |
| 14262608 | + | Phillips & Cohen Associates, Ltd., PO Box 5790, Hauppauge, NY 11788-0164 |
| 14262610 | + | St. Vincent Health Center, Attn: Billing Dept., 232 West 25th Street, Erie, PA 16544-0001 |
| 14262611 | | St. Vincent Health Center, PO Box 4045, Gaithersburg, MD 20885-4045 |
| 14262614 | # | Tri State Pain Institute, LLC, 2374 Village Common Drive, Suite 100, Erie, PA 16506-7201 |

TOTAL: 18

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|
| smg | EDI: PENNDEPTREV | Nov 24 2021 04:18:00 | Pennsylvania Department of Revenue, Bankruptcy Division, P.O. Box 280946, Harrisburg, PA 17128-0946 |
| smg | Email/Text: RVSVCBICNOTICE1@state.pa.us | Nov 23 2021 23:26:00 | Pennsylvania Department of Revenue, Bankruptcy Division, P.O. Box 280946, Harrisburg, PA 17128-0946 |
| smg | EDI: PENNDEPTREV | Nov 24 2021 04:18:00 | Pennsylvania Dept. of Revenue, Department 280946, P.O. Box 280946, ATTN: BANKRUPTCY DIVISION, Harrisburg, PA 17128-0946 |
| smg | Email/Text: RVSVCBICNOTICE1@state.pa.us | Nov 23 2021 23:26:00 | Pennsylvania Dept. of Revenue, Department 280946, P.O. Box 280946, ATTN: BANKRUPTCY DIVISION, Harrisburg, PA 17128-0946 |
| cr | EDI: RECOVERYCORP.COM | Nov 24 2021 04:18:00 | Recovery Management Systems Corporation, 25 S.E. Second Avenue, Suite 1120, Miami, FL 33131-1605 |
| 14335784 | Email/PDF: resurgentbknotifications@resurgent.com | Nov 23 2021 23:28:46 | Ashley Funding Services, LLC its successors and, |

| Recip ID | | Notice Method | Date/Time | Name and Address |
|---|---|---|---|---|
| | | | | assigns as assignee of Laboratory, Corporation of America Holdings, Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 14262596 | | Email/Text: customercareus@creditcorpsolutionsinc.com Nov 23 2021 23:25:00 | | Credit Corp. Solutions, Inc., 63 East 11400 South 408, Sandy, UT 84070 |
| 14314120 | | EDI: BL-BECKET.COM Nov 24 2021 04:18:00 | | Capital One NA, c/o Becket and Lee LLP, PO Box 3001, Malvern PA 19355-0701 |
| 14262598 | + | EDI: CITICORP.COM Nov 24 2021 04:18:00 | | Dsnb Macys, 9111 Duke Blvd, Mason, OH 45040 |
| 14332486 | | EDI: Q3G.COM Nov 24 2021 04:18:00 | | Department Store National Bank, c/o Quantum3 Group LLC, PO Box 657, Kirkland, WA 98083-0657 |
| 14277995 | | EDI: DISCOVER.COM Nov 24 2021 04:18:00 | | Discover Bank, Discover Products Inc, PO Box 3025, New Albany, OH 43054-3025 |
| 14667865 | | EDI: ECMC.COM Nov 24 2021 04:18:00 | | ECMC, PO BOX 16408, ST. PAUL, MN 55116-0408 |
| 14262600 | + | Email/Text: PBNCNotifications@peritusservices.com Nov 23 2021 23:25:00 | | Kohls/capone, Po Box 3115, Milwaukee, WI 53201-3115 |
| 14322795 | + | EDI: MID8.COM Nov 24 2021 04:18:00 | | MIDLAND FUNDING LLC, PO Box 2011, Warren, MI 48090-2011 |
| 14262605 | | EDI: MID8.COM Nov 24 2021 04:18:00 | | Midland Credit Management, Inc., PO Box 60578, Los Angles, CA 90060-0578 |
| 14262609 | | EDI: PRA.COM Nov 24 2021 04:18:00 | | Portfolio Recovery Associates, LLC, PO Box 12914, Norfolk, VA 23541-1223 |
| 14277403 | | EDI: Q3G.COM Nov 24 2021 04:18:00 | | Quantum3 Group LLC as agent for, Credit Corp Solutions Inc, PO Box 788, Kirkland, WA 98083-0788 |
| 14267624 | | EDI: RECOVERYCORP.COM Nov 24 2021 04:18:00 | | Recovery Management Systems Corporation, 25 S.E. 2nd Avenue, Suite 1120, Miami, FL 33131-1605 |
| 14262612 | | Email/Text: amieg@stcol.com Nov 23 2021 23:25:00 | | State Collection Service, Inc., PO Box 6250, Madison, WI 53716-0250 |
| 14262613 | + | Email/Text: bankruptcydepartment@tsico.com Nov 23 2021 23:26:00 | | Transworld Systems, Inc., 507 Prudential Road, Horsham, PA 19044-2308 |

TOTAL: 20

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| cr | | LOANDEPOT.COM, LLC |
| cr | * | ECMC, P.O. Box 16408, St. Paul, MN 55116-0408 |
| 14320667 | *P++ | PORTFOLIO RECOVERY ASSOCIATES LLC, PO BOX 41067, NORFOLK VA 23541-1067, address filed with court:, Portfolio Recovery Associates, LLC, POB 12914, Norfolk VA 23541 |

TOTAL: 1 Undeliverable, 2 Duplicate, 0 Out of date forwarding address

## NOTICE CERTIFICATION

I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the**

| District/off: 0315-1 | User: bsil | Page 3 of 3 |
|---|---|---|
| Date Rcvd: Nov 23, 2021 | Form ID: 3180W | Total Noticed: 36 |

complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.

Date: Nov 25, 2021　　　　　　　　　　Signature:　　/s/Joseph Speetjens

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on November 23, 2021 at the address(es) listed below:

| Name | Email Address |
|---|---|
| Brian Nicholas | on behalf of Creditor LOANDEPOT.COM LLC bnicholas@kmllawgroup.com |
| John F. Goryl | on behalf of Creditor LOANDEPOT.COM LLC bkgroup@kmllawgroup.com |
| Joshua I. Goldman | on behalf of Creditor LOANDEPOT.COM LLC jgoldman@kmllawgroup.com, angelica.reyes@padgettlawgroup.com |
| Lauren Berschler Karl | on behalf of Creditor LOANDEPOT.COM LLC lkarl@rascrane.com, lbkarl03@yahoo.com |
| Maria Miksich | on behalf of Creditor LOANDEPOT.COM LLC mmiksich@kmllawgroup.com |
| Office of the United States Trustee | ustpregion03.pi.ecf@usdoj.gov |
| Ronda J. Winnecour | cmecf@chapter13trusteewdpa.com |
| Stephen H. Hutzelman | on behalf of Plaintiff Lisa D. Skrekla stephen@hh-legal.com shutzelman@ecf.inforuptcy.com;ann@hh-legal.com |
| Stephen H. Hutzelman | on behalf of Debtor Lisa D. Skrekla stephen@hh-legal.com shutzelman@ecf.inforuptcy.com;ann@hh-legal.com |

TOTAL: 9