**IN THE UNITED STATES BANKRUPTCY COURT**
**WESTERN DISTRICT OF PENNSYLVANIA**

FILED
11/23/21 11:53 am
CLERK
U.S. BANKRUPTCY
COURT - WDPA

IN RE:
LISA D. SKREKLA

    Debtor(s)

Ronda J. Winnecour
    Movant
  vs.
No Repondents.

Case No.:16-10701 TPA

Chapter 13

Document No.: 115

## ORDER OF COURT

AND NOW, this \_\_\_23rd\_\_\_ day of \_\_November\_\_, 20 21 , upon consideration of the **Chapter 13 Trustee's Motion for Discharge of Debtor and Approval of Trustee's Report of Receipts and Disbursements**, and following notice to the creditors and an opportunity to be heard, it is hereby **ORDERED, ADJUDGED** and **DECREED**, as follows:

(1). This Court finds that the Chapter 13 plan, as supplemented by any and all amendments, has been fully and finally completed.

(2). The debtor(s) is/are entitled to and shall receive a discharge in this case pursuant to Section 1328(a) of the Bankruptcy Code.

(3). To the extent not previously terminated, the wage attachment(s) issued in this case is/are immediately terminated and the debtor(s) shall serve a copy of this order on any affected employer(s).

(4). Property of the estate hereby revests in the debtor(s). This revestment of property is free and clear of any and all claims or interests except as otherwise treated in the plan or in the Order confirming the Plan. All restrictions of the debtor(s)' use of the property of the estate is hereby terminated.

(5). Each and every creditor is bound by the provisions of the completed plan, whether or not the claim of such creditor is provided for in the Plan, and whether or not such creditor has objected to, has accepted or rejected the plan. All mortgage and other secured debts provided for by the Plan are hereby found to be cured of any and all monetary defaults as of the payment date for which the Trustee last made a distribution, and no additional interest, late fees or penalties may be assessed for time periods or payments due prior to that date.

(6). After all distribution checks have been negotiated or funds deposited into the Court's registry, the Trustee shall file UST Form 13-FR-S: Chapter 13 Standing Trustee's Final Report and Account (the "Final Report"). Upon submission of the Final Report, the Trustee is discharged from her duties in this case and the case will be closed.

BY THE COURT:

_____
U.S. BANKRUPTCY JUDGE  **nms**

United States Bankruptcy Court

Western District of Pennsylvania

In re:  
Lisa D. Skrekla  
    Debtor

Case No. 16-10701-TPA  
Chapter 13

# CERTIFICATE OF NOTICE

District/off: 0315-1      User: bsil      Page 1 of 3  
Date Rcvd: Nov 23, 2021      Form ID: pdf900      Total Noticed: 34

The following symbols are used throughout this certificate:

| Symbol | Definition |
|---|---|
| + | Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP. |
| ++ | Addresses marked '++' were redirected to the recipient's preferred mailing address pursuant to 11 U.S.C. § 342(f)/Fed. R. Bank. P. 2002(g)(4). |
| # | Addresses marked '#' were identified by the USPS National Change of Address system as requiring an update. While the notice was still deliverable, the notice recipient was advised to update its address with the court immediately. |

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Nov 25, 2021:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Lisa D. Skrekla, 3908 Zimmerman Road, Erie, PA 16510-3661 |
| 14262593 | + | Aes/pheaafrn, Po Box 61047, Harrisburg, PA 17106-1047 |
| 14262594 | | Allied Interstate LLC, PO Box 1954, Southgate, MI 48195-0954 |
| 14262595 | + | Apogee Physicians of Pennsylvania, PO Box 708610, Sandy, UT 84070-8627 |
| 14314120 | | Capital One NA, c/o Becket and Lee LLP, PO Box 3001, Malvern PA 19355-0701 |
| 14262597 | + | Discover Bank, c/o Weltman Weinberg & Reis, 436 7th Avenue, Suite 2500, Pittsburgh, PA 15219-1842 |
| 14667865 | | ECMC, PO BOX 16408, ST. PAUL, MN 55116-0408 |
| 14262599 | + | Foundation Radiology Group, 350 N. Orleans Street, Floor 8, Dept. 6235, Chicago, IL 60654-1975 |
| 14262601 | + | LOANDEPOT.COM, LLC, 425 Phillips Blvd., Ewing, NJ 08618-1430 |
| 14291761 | + | LOANDEPOT.COM, LLC, Cenlar FSB, 425 Phillips BLVD, Ewing, NJ 08618-1430 |
| 14262604 | + | MERS, 1901 E. Voorhees Street, Suite C, Danville, IL 61834-4512 |
| 14262602 | + | Matthew K. Fissel, Esquire, KML Law Group, PC, BNY Mellon Independence Center, 701 Market Street, Suite 5000, Philadelphia, PA 19106-1541 |
| 14262603 | | Merchant's & Medical Credit Corporation, 6324 Taylor Drive, Flint, MI 48507-4685 |
| 14262606 | | Mortgage Electronic Registersation Syste, solely as Nominee for Loandepot.com LLC, PO Box 2026, Flint, Michigan 48501-2026 |
| 14262607 | | PHEAA, 1200 North Seventh Street, Harrisburg, PA 17102-1444 |
| 14273279 | + | PHEAA, PO Box 8147, Harrisburg, PA 17105-8147 |
| 14262608 | + | Phillips & Cohen Associates, Ltd., PO Box 5790, Hauppauge, NY 11788-0164 |
| 14262610 | + | St. Vincent Health Center, Attn: Billing Dept., 232 West 25th Street, Erie, PA 16544-0001 |
| 14262611 | | St. Vincent Health Center, PO Box 4045, Gaithersburg, MD 20885-4045 |
| 14262614 | # | Tri State Pain Institute, LLC, 2374 Village Common Drive, Suite 100, Erie, PA 16506-7201 |

TOTAL: 20

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**  
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| cr | | Email/PDF: rmscedi@recoverycorp.com | Nov 23 2021 23:29:07 | Recovery Management Systems Corporation, 25 S.E. Second Avenue, Suite 1120, Miami, FL 33131-1605 |
| 14335784 | | Email/PDF: resurgentbknotifications@resurgent.com | Nov 23 2021 23:28:47 | Ashley Funding Services, LLC its successors and, assigns as assignee of Laboratory, Corporation of America Holdings, Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 14262596 | | Email/Text: customercareus@creditcorpsolutionsinc.com | Nov 23 2021 23:25:00 | Credit Corp. Solutions, Inc., 63 East 11400 South 408, Sandy, UT 84070 |
| 14262598 | + | Email/PDF: Citi.BNC.Correspondence@citi.com | Nov 23 2021 23:28:59 | Dsnb Macys, 9111 Duke Blvd, Mason, OH 45040 |
| 14332486 | | Email/Text: bnc-quantum@quantum3group.com | Nov 23 2021 23:26:00 | Department Store National Bank, c/o Quantum3 Group LLC, PO Box 657, Kirkland, WA 98083-0657 |
| 14277995 | | Email/Text: mrdiscen@discover.com | Nov 23 2021 23:25:00 | Discover Bank, Discover Products Inc, PO Box 3025, New Albany, OH 43054-3025 |

Case 16-10701-TPA  Doc 122  Filed 11/25/21  Entered 11/26/21 00:29:27  Desc
Imaged Certificate of Notice   Page 3 of 4

| District/off: 0315-1 | User: bsil | Page 2 of 3 |
|---|---|---|
| Date Rcvd: Nov 23, 2021 | Form ID: pdf900 | Total Noticed: 34 |

| Recip ID | | Notice Type | Date/Time | Name and Address |
|---|---|---|---|---|
| 14262600 | + | Email/Text: PBNCNotifications@peritusservices.com | Nov 23 2021 23:25:00 | Kohls/capone, Po Box 3115, Milwaukee, WI 53201-3115 |
| 14322795 | + | Email/Text: bankruptcydpt@mcmcg.com | Nov 23 2021 23:26:00 | MIDLAND FUNDING LLC, PO Box 2011, Warren, MI 48090-2011 |
| 14262605 | | Email/Text: bankruptcydpt@mcmcg.com | Nov 23 2021 23:26:00 | Midland Credit Management, Inc., PO Box 60578, Los Angles, CA 90060-0578 |
| 14262609 | | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | Nov 23 2021 23:28:45 | Portfolio Recovery Associates, LLC, PO Box 12914, Norfolk, VA 23541-1223 |
| 14277403 | | Email/Text: bnc-quantum@quantum3group.com | Nov 23 2021 23:26:00 | Quantum3 Group LLC as agent for, Credit Corp Solutions Inc, PO Box 788, Kirkland, WA 98083-0788 |
| 14267624 | | Email/PDF: rmscedi@recoverycorp.com | Nov 23 2021 23:28:57 | Recovery Management Systems Corporation, 25 S.E. 2nd Avenue, Suite 1120, Miami, FL 33131-1605 |
| 14262612 | | Email/Text: amieg@stcol.com | Nov 23 2021 23:25:00 | State Collection Service, Inc., PO Box 6250, Madison, WI 53716-0250 |
| 14262613 | + | Email/Text: bankruptcydepartment@tsico.com | Nov 23 2021 23:26:00 | Transworld Systems, Inc., 507 Prudential Road, Horsham, PA 19044-2308 |

TOTAL: 14

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| cr | | LOANDEPOT.COM, LLC |
| cr | * | ECMC, P.O. Box 16408, St. Paul, MN 55116-0408 |
| 14320667 | *P++ | PORTFOLIO RECOVERY ASSOCIATES LLC, PO BOX 41067, NORFOLK VA 23541-1067, address filed with court:, Portfolio Recovery Associates, LLC, POB 12914, Norfolk VA 23541 |

TOTAL: 1 Undeliverable, 2 Duplicate, 0 Out of date forwarding address

## NOTICE CERTIFICATION

I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.

Date: Nov 25, 2021              Signature:     /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on November 23, 2021 at the address(es) listed below:

| Name | Email Address |
|---|---|
| Brian Nicholas | on behalf of Creditor LOANDEPOT.COM  LLC bnicholas@kmllawgroup.com |
| John F. Goryl | on behalf of Creditor LOANDEPOT.COM  LLC bkgroup@kmllawgroup.com |
| Joshua I. Goldman | |

| District/off: 0315-1 | User: bsil | Page 3 of 3 |
|---|---|---|
| Date Rcvd: Nov 23, 2021 | Form ID: pdf900 | Total Noticed: 34 |

       on behalf of Creditor LOANDEPOT.COM LLC jgoldman@kmllawgroup.com, angelica.reyes@padgettlawgroup.com

Lauren Berschler Karl
       on behalf of Creditor LOANDEPOT.COM LLC lkarl@rascrane.com, lbkarl03@yahoo.com

Maria Miksich
       on behalf of Creditor LOANDEPOT.COM LLC mmiksich@kmllawgroup.com

Office of the United States Trustee
       ustpregion03.pi.ecf@usdoj.gov

Ronda J. Winnecour
       cmecf@chapter13trusteewdpa.com

Stephen H. Hutzelman
       on behalf of Plaintiff Lisa D. Skrekla stephen@hh-legal.com shutzelman@ecf.inforuptcy.com;ann@hh-legal.com

Stephen H. Hutzelman
       on behalf of Debtor Lisa D. Skrekla stephen@hh-legal.com shutzelman@ecf.inforuptcy.com;ann@hh-legal.com

TOTAL: 9