Fill in this information to identify the case:

Debtor 1    Lisa D. Skrekla aka Lisa D. Kurutz

United States Bankruptcy Court for the WESTERN District of Pennsylvania

Case number    16-10701 TPA

Official Form 410S1

## Notice of Mortgage Payment Change     12/15

**If the debtor's plan provides for payment of postpetition contractual installments on your claim secured by a security interest in the debtor's principal residence, you must use this form to give notice of any changes in the installment payment amount. File this form as a supplement to your proof of claim at least 21 days before the new payment amount is due.** See Bankruptcy Rule 3002.1.

**Name of creditor:** LOANDEPOT.COM, LLC

**Court claim no.** (if known): 4

**Last 4 digits** of any number you use to identify the debtor's account: 4915

**Date of payment change:**
Must be at least 21 days after date of this notice    01/01/2020

**New total payment:**    $764.83
Principal, interest, and escrow, if any

### Part 1:  Escrow Account Payment Adjustment

1. **Will there be a change in the debtor's escrow account payment?**

   ☐ No
   ☒ Yes. Attach a copy of the escrow account statement prepared in a form consistent with applicable nonbankruptcy law. Describe the basis for the change. If a statement is not attached, explain why: _____

   **Current escrow payment:** $339.91      **New escrow payment:** $304.94

### Part 2:  Mortgage Payment Adjustment

2. **Will the debtor's principal and interest payment change based on an adjustment to the interest rate on the debtor's variable-rate account?**

   ☒ No
   ☐ Yes. Attach a copy of the rate change notice prepared in a form consistent with applicable nonbankruptcy law. If a notice is not attached, explain why: _____

   **Current interest rate:** _____%       **New interest rate:** _____%

   **Current principal and interest payment:** $_____    **New principal and interest payment:** $_____

### Part 3:  Other Payment Change

3. **Will there be a change in the debtor's mortgage payment for a reason not listed above?**

   ☒ No
   ☐ Yes. Attach a copy of any documents describing the basis for the change, such as a repayment plan or loan modification agreement.
   (*Court approval may be required before the payment change can take effect.*)

   Reason for change: _____

   **Current mortgage payment:** $_____    **New mortgage payment:** $_____

Official Form 410S1    **Notice of Mortgage Payment Change**    page 1
246

Debtor(s) Lisa D. Skrekla aka Lisa D. Kurutz          Case number (*if known*) 16-10701 TPA
First Name    Middle Name    Last Name

| Part 4: | Sign Here |

The person completing this Notice must sign it. Sign and print your name and your title, if any, and state your address and telephone number.

*Check the appropriate box.*

☐ I am the creditor.

☒ I am the creditor's authorized agent.

**I declare under penalty of perjury that the information provided in this claim is true and correct to the best of my knowledge, information, and reasonable belief.**

✖ **/s/ James C. Warmbrodt, Esquire**    Date  _12/02/2019_
Signature

Print: James C. Warmbrodt, ATT ID: 42524          Title  Attorney for Creditor
       First Name    Middle Name    Last Name

Company: KML Law Group, P.C.

Address: 701    Market Street, Suite 5000
         Number    Street
         Philadelphia,          PA    19106
         City               State   ZIP Code

Contact phone (215) 627–1322          Email jwarmbrodt@kmllawgroup.com

Official Form 410S1    **Notice of Mortgage Payment Change**    page **2**
247